**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
**04/20**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Joseph**<br>First name<br><br>**D.**<br>Middle name<br><br>**Regensburger, III**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3360 | |

Debtor 1    **Joseph D. Regensburger, III**    Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)
_____

EIN
_____

☐ I have not used any business name or EINs.

Business name(s)
_____

EIN
_____

**5.** **Where you live**

**921 Valley Road**
**Fairfield, CT 06825**
Number, Street, City, State & ZIP Code

**Fairfield**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing this district to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)
_____

DocuSign Envelope ID: 2BE6CC6E-673A-4EE5-A655-B1A7867D305A

Debtor 1    **Joseph D. Regensburger, III**                              Case number *(if known)*

| Part 2: | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ☐ No.
- ■ Yes.

| | District | **District of Connecticut** | When | **1/02/20** | Case number | **20-50004** |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

- ■ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you?

    - ☐ No. Go to line 12.
    - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Joseph D. Regensburger, III**                                    Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
| --- | --- |

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
| --- | --- |

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Joseph D. Regensburger, III**                              Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Joseph D. Regensburger, III**                              Case number *(if known)*

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

*Regensburger, Joseph*

**Joseph D. Regensburger, III**
Signature of Debtor 1                                            Signature of Debtor 2

Executed on   **October  9, 2020**                       Executed on _____
MM / DD / YYYY                                                       MM / DD / YYYY

---

Debtor 1    **Joseph D. Regensburger, III**                        Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

*Scott Charmoy*

DocuSigned by:                                          Date    **October  9, 2020**
Signature of Attorney for Debtor                                  MM / DD / YYYY

**Scott M. Charmoy**
Printed name

**Charmoy & Charmoy**
Firm name

**1700 Post Road, Suite C-9**
**Fairfield, CT 06824-5726**
Number, Street, City, State & ZIP Code

Contact phone    **203-255-8100**              Email address    **scottcharmoy@charmoy.com**

**15889 CT**
Bar number & State

---

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Joseph D. Regensburger, III** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  |  | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................................... | $ 0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................................ | $ 8,840.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................... | $ 8,840.00 |

**Part 2:    Summarize Your Liabilities**

|  |  | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 0.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $ 24,606.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $ 557,879.69 |
| | **Your total liabilities** | $ 582,485.69 |

**Part 3:    Summarize Your Income and Expenses**

| 4. | *Schedule I: Your Income* (Official Form 106I) | |
|---|---|---|
| | Copy your combined monthly income from line 12 of *Schedule I*.............................................................................. | $ 2,871.59 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*......................................................................... | $ 5,046.90 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■    Yes

7.    **What kind of debt do you have?**

■    **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐    **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Joseph D. Regensburger, III**                          Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ **976.85**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 24,606.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 24,606.00 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Joseph D. Regensburger, III** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | |

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ■ No. Go to Part 2.
    ☐ Yes. Where is the property?

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

    ☐ No
    ■ Yes

| | | | | |
|---|---|---|---|---|
| 3.1 | Make: **Harley Davidson** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | Model: **Road King** | ■ Debtor 1 only | | |
| | Year: **2005** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: **4000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | ☐ At least one of the debtors and another | | |
| | | ☐ Check if this is community property (see instructions) | **$5,410.00** | **$5,410.00** |

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ■ No
    ☐ Yes

5    Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................................=>

| |
|---|
| **$5,410.00** |

**Part 3:    Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

DocuSign Envelope ID: 2DF6C66E-673A-4FE5-A655-B6A78670205A

Debtor 1   **Joseph D. Regensburger, III**                                      Case number *(if known)*

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.....

| | |
|---|---|
| **Various household goods and furnishings including electronics, clothing, hand tools, and lawn implements** | **$1,000.00** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☑ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☑ Yes. Describe.....

| | |
|---|---|
| **5 Rifles** | **$1,500.00** |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☑ No
    ☐ Yes. Describe.....

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe.....

| | |
|---|---|
| **Wedding band** | **$200.00** |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................

| |
|---|
| **$2,700.00** |

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? |
|---|---|

| Debtor 1 | **Joseph D. Regensburger, III** | | Case number *(if known)* | |

Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
■ Yes.................................................................................................

**Cash** _____ **$500.00**

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes........................        Institution name:

| 17.1. | **Checking** | **Webster Bank** | **$230.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes..................        Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
■ Yes.  Give specific information about them...................
Name of entity:                                    % of ownership:

| **EJB Corporate Services, LLC** | **100** % | **$0.00** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No
☐ Yes. List each account separately.
Type of account:        Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. ....................        Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes.............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No

DocuSign Envelope ID: 2DF6C68E-673A-4FE5-A655-B1A7867D205A

Debtor 1    **Joseph D. Regensburger, III**                                    Case number *(if known)*

☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
        Company name:                          Beneficiary:                          Surrender or refund
                                                                                       value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
    for Part 4. Write that number here**.................................................................................................................

| $730.00 |
|---|

Debtor 1    **Joseph D. Regensburger, III**

Case number *(if known)*

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes.  Go to line 38.

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes.  Go to line 47.

---

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................. | $0.00

---

**Part 8:** List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ........................................................................................................ | $0.00

56. **Part 2: Total vehicles, line 5** | $5,410.00

57. **Part 3: Total personal and household items, line 15** | $2,700.00

58. **Part 4: Total financial assets, line 36** | $730.00

59. **Part 5: Total business-related property, line 45** | $0.00

60. **Part 6: Total farm- and fishing-related property, line 52** | $0.00

61. **Part 7: Total other property not listed, line 54** + | $0.00

62. **Total personal property.** Add lines 56 through 61... | $8,840.00    Copy personal property total | $8,840.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | $8,840.00

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joseph D. Regensburger, III** |
| | First Name         Middle Name         Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name         Middle Name         Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2005 Harley Davidson Road King 4000 miles**<br>Line from *Schedule A/B*: **3.1** | **$5,410.00** | ■        **$4,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| **2005 Harley Davidson Road King 4000 miles**<br>Line from *Schedule A/B*: **3.1** | **$5,410.00** | ■        **$1,410.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Various household goods and furnishings including electronics, clothing, hand tools, and lawn implements**<br>Line from *Schedule A/B*: **6.1** | **$1,000.00** | ■        **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **5 Rifles**<br>Line from *Schedule A/B*: **10.1** | **$1,500.00** | ■        **$1,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Wedding band**<br>Line from *Schedule A/B*: **12.1** | **$200.00** | ■        **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Joseph D. Regensburger, III**                                    Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $500.00 | ■  $500.00<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3.  **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■  No

☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐  No

☐  Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

DocuSign Envelope ID: 2DF6C66E-673A-4EE5-A655-B1A7867920EA

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joseph D. Regensburger, III** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property       12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

   ■ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify your case: |
|---|

Debtor 1        **Joseph D. Regensburger, III**
First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)        First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Department of Revenue Services** | Last 4 digits of account number | $13,000.00 | $0.00 | $13,000.00 |

**Department of Revenue Services**
Priority Creditor's Name
**Attn: Collections Unit Bankruptcy Team**
**450 Columbus Blvd., Ste. 1**
**Hartford, CT 06103-1837**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

Debtor 1    **Joseph D. Regensburger, III**          Case number (if known) _____

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number _____ | **$11,606.00** | **$0.00** | **$11,606.00** |

Priority Creditor's Name

**Attn: Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.  **Do any creditors have nonpriority unsecured claims against you?**

- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|
| 4.1 | **American Express** | $48,780.40 |

Last 4 digits of account number    **2000**

Nonpriority Creditor's Name

**Attn: Pres. Off. Mgr. or Acct. Rep.**
**200 Vesly Street**
**New York, NY 10285**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Personal credit card used for business purposes**

---

Debtor 1  **Joseph D. Regensburger, III**                    Case number (if known)

---

| 4.2 | **Bank of America** | Last 4 digits of account number | | $26,000.00 |

Nonpriority Creditor's Name
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**100 North Tryon**
**Charlotte, NC 28225**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Merchandise/goods/services/balance transfers**

---

| 4.3 | **Boscov's** | Last 4 digits of account number | 1104 | $482.20 |

Nonpriority Creditor's Name
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**45 Perklomen Avenue**
**Reading, PA 19606**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Merchandise/goods/services/balance transfers**

---

| 4.4 | **Capital One** | Last 4 digits of account number | 1334 | $850.54 |

Nonpriority Creditor's Name
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**1680 Corporate One Drive**
**Mc Lean, VA 22102**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Merchandise/goods/services/balance transfers**

---

Debtor 1   **Joseph D. Regensburger, III**                                   Case number (if known)

---

| 4.5 | **Chase** | Last 4 digits of account number | **4516** | **$26,500.00** |

Nonpriority Creditor's Name
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**PO Box 15368**
**Wilmington, DE 19850**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

- ☐ Yes

- ■ Other. Specify   **Merchandise/goods/services/balance transfers**

---

| 4.6 | **Cirrus** | Last 4 digits of account number | | **$1.00** |

Nonpriority Creditor's Name
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**200 Purchase Street**
**Purchase, NY 10577**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

- ☐ Yes

- ■ Other. Specify   **Merchandise/goods/services/balance transfers**

---

| 4.7 | **Citi Card** | Last 4 digits of account number | **0335** | **$1,096.61** |

Nonpriority Creditor's Name
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**388 Greenwich Street**
**New York, NY 10013**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

- ☐ Yes

- ■ Other. Specify   **Merchandise/goods/services/balance transfers**

---

Debtor 1    **Joseph D. Regensburger, III**                                    Case number (if known) _____

---

| 4.8 | **Credit One** | Last 4 digits of account number    8147 | $464.16 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**6801 S Cimarron Rd.**
**Las Vegas, NV 89113**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify    **Merchandise/goods/services/balance transfers**

---

| 4.9 | **Credit One** | Last 4 digits of account number    1334 | $787.03 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**6801 S Cimarron Rd.**
**Las Vegas, NV 89113**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify    **Merchandise/goods/services/balance transfers**

---

| 4.10 | **Crystal Horrocks** | Last 4 digits of account number | $1.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**56 Dickerman Street**
**New Haven, CT 06511**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify    **Unliquidated Contingent**

---

Debtor 1    **Joseph D. Regensburger, III**

Case number (if known)

---

| 4.1 1 | **Ct Hand** | | Last 4 digits of account number | | | | **$50.00** |

Nonpriority Creditor's Name

**Attn: Pres. off. Mgr. or Acct. Rep.**
**400 Post Road**
**Fairfield, CT 06824**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Services**

---

| 4.1 2 | **Dina Danielle Caviello** | | Last 4 digits of account number | | | | **$1.00** |

Nonpriority Creditor's Name

**1436 Wolcott Road**
**Wolcott, CT 06716**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Unliquidated contingent**

---

| 4.1 3 | **Discover** | | Last 4 digits of account number | | | | **$7,707.98** |

Nonpriority Creditor's Name

**Attn: Pres. Off. Mgr. or Acct. Rep.**
**PO Box 6103**
**Carol Stream, IL 60197**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Merchandise/goods/services/balance transfers**

---

DocuSign Envelope ID: 2DF6C66F-673A-4FE5-A655-B1A78670205A

Debtor 1  **Joseph D. Regensburger, III** _____  Case number *(if known)* _____

| | |
|---|---|
| **4.1 4** | |

**Eddie Bauer** _____
Nonpriority Creditor's Name
**Attn: Pres. Off. Mgr. or Acct. Rep.
10401 NE 8th Street
Bellevue, WA 98004**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$1.00**
**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Merchandise/goods/services/balance transfers**

---

| | |
|---|---|
| **4.1 5** | |

**Eric Moutinho, Trustee for Baldwin** _____
Nonpriority Creditor's Name
**Station, LLC Profit Sharing Plan
1137 Seaview Avenue
Bridgeport, CT 06607**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$1.00**
**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Unliquidated contingent**

---

| | |
|---|---|
| **4.1 6** | |

**Exxon Mobil** _____
Nonpriority Creditor's Name
**Attn: Pres. Off. Mgr. or Acct. Rep.
5959 Las Colinas Boulevard
Irving, TX 75039**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **1316**    **$684.67**
**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Merchandise/goods/services/balance transfers**

---

Debtor 1   **Joseph D. Regensburger, III**                    Case number *(if known)* _____

---

| 4.17 | **Finger Hut** | Last 4 digits of account number _____ | | $1,665.71 |

Nonpriority Creditor's Name
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**6250 Woodbridge Road**
**Saint Cloud, MN 56303**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Merchandise/goods/services/balance transfers**

---

| 4.18 | **Genesis FS Card Services** | Last 4 digits of account number   **7705** | | $350.80 |

Nonpriority Creditor's Name
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**PO Box 4477**
**Beaverton, OR 97076-4477**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Merchandise/goods/services/balance transfers**

---

| 4.19 | **Jacqueline Green** | Last 4 digits of account number _____ | | $1.00 |

Nonpriority Creditor's Name
**20 Hillcrest Court**
**Bristol, CT 06010**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Unliquidated contingent**

---

DocuSign Envelope ID: 2DF6C68E-673A-4EE5-A655-B1A7867B205A

Debtor 1   **Joseph D. Regensburger, III**                    Case number (if known)

---

**4.2
0**

**JC Penney**
Nonpriority Creditor's Name
**Atn: Pres. Off. Mgr. or Acct. Rep.
821 North Central Expressway
Plano, TX 75075**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $1.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Merchandise/goods/services/balance transfers**

---

**4.2
1**

**JPMC Marriott
Bonvoy-Cardmember Services**
Nonpriority Creditor's Name
**Attn: Pres. Off. Mgr. or Acct. Rep.
PO Box 6294
Carol Stream, IL 60197-6294**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **4515**          $10,730.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Merchandise/goods/services/balance transfers**

---

**4.2
2**

**Lord & Taylor**
Nonpriority Creditor's Name
**Attn: Pres. Off. Mgr. or Acct. Rep.
424 5th Avenue
New York, NY 10018**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $1.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Merchandise/goods/services/balance transfers**

---

DocuSign Envelope ID: 2DF6C68F-673A-4FE5-A655-B1A78670205A

Debtor 1  **Joseph D. Regensburger, III**                               Case number (if known) _____

---

| 4.2 3 | | |
|---|---|---|

**Lowe's**                                          Last 4 digits of account number ____ ____ ____ ____     **$5,000.00**
Nonpriority Creditor's Name
**Attn: Pres. Off. Mgr. or Acct. Rep.**      When was the debt incurred? _____
**1000 Loews Boulevard**
**Mooresville, NC 28117**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

- ■ Debtor 1 only                                 □ Contingent
- □ Debtor 2 only                                 □ Unliquidated
- □ Debtor 1 and Debtor 2 only                    ■ Disputed
- □ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
- □ **Check if this claim is for a community**    □ Student loans
  **debt**                                         □ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
- ■ No                                            □ Debts to pension or profit-sharing plans, and other similar debts
- □ Yes                                           ■ Other. Specify  **Merchandise/goods/services/balance**
                                                                     **transfers**

---

| 4.2 4 | | |
|---|---|---|

**Macy's**                                         Last 4 digits of account number ____ ____ ____ ____     **$1.00**
Nonpriority Creditor's Name
**Attn: Pres. Off. Mgr. or Acct. Rep.**      When was the debt incurred? _____
**7 W. 7th Street**
**Cincinnati, OH 45202**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

- ■ Debtor 1 only                                 □ Contingent
- □ Debtor 2 only                                 □ Unliquidated
- □ Debtor 1 and Debtor 2 only                    ■ Disputed
- □ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
- □ **Check if this claim is for a community**    □ Student loans
  **debt**                                         □ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
- ■ No                                            □ Debts to pension or profit-sharing plans, and other similar debts
- □ Yes                                           ■ Other. Specify  **Merchandise/goods/services/balance**
                                                                     **transfers**

---

| 4.2 5 | | |
|---|---|---|

**Manuel Moutinho**                                Last 4 digits of account number ____ ____ ____ ____     **$1.00**
Nonpriority Creditor's Name
**1137 Seaview Avenue**                       When was the debt incurred? _____
**Bridgeport, CT 06607**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

- □ Debtor 1 only                                 ■ Contingent
- □ Debtor 2 only                                 ■ Unliquidated
- □ Debtor 1 and Debtor 2 only                    □ Disputed
- ■ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
- □ **Check if this claim is for a community**    □ Student loans
  **debt**                                         □ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
- ■ No                                            □ Debts to pension or profit-sharing plans, and other similar debts
- □ Yes                                           ■ Other. Specify  **Unliquidated contingent**

---

| Debtor 1 | **Joseph D. Regensburger, III** | | Case number (if known) | |

---

| 4.2 6 | **Marriot Bonvoy** | Last 4 digits of account number | **4515** | **$10,730.00** |

Nonpriority Creditor's Name

**Attn: Pres. Off. Mgr. or Acct. Rep.**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

�■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

�■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

�■ Other. Specify **Merchandise/goods/services/balance transfers**

---

| 4.2 7 | **Milestone** | Last 4 digits of account number | _____ | **$1.00** |

Nonpriority Creditor's Name

**Attn: Pres. Off. Mgr. or Acct. Rep. PO Box 84509 Columbus, GA 31908**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

�■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

�■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

�■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

�■ Other. Specify **Merchandise/goods/services/balance transfers**

---

| 4.2 8 | **Money Gram** | Last 4 digits of account number | _____ | **$1.00** |

Nonpriority Creditor's Name

**Attn: Pres. Off. Mgr. or Acct. Rep. 2828 N. Harwood street, 15th Floor Dallas, TX 75201**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

�■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

�■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

�■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

�■ Other. Specify **Merchandise/goods/services/balance transfers**

---

DocuSign Envelope ID: 2DF5C65F-673A-4FE5-A655-B1A7867920FA

Debtor 1    **Joseph D. Regensburger, III**    Case number *(if known)*

---

**4.2 9**

**Ocwen**
Nonpriority Creditor's Name
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**1661 Worthington Road**
**West Palm Beach, FL 33409**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____    $1.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Merchandise/goods/services/balance transfers**

---

**4.3 0**

**PHH Mortgage Services**
Nonpriority Creditor's Name
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**PO Box 5452**
**Mount Laurel, NJ 08054-5452**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **6006**    $365,049.99

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **1335 James Farm Road Stratford, CT 06614 Fairfield County**

---

**4.3 1**

**Sugeily Ortiz**
Nonpriority Creditor's Name
**5 Taft Street**
**Stratford, CT 06615**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____    $1.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Unliquidated contingent**

---

Debtor 1    Joseph D. Regensburger, III _____    Case number (if known) _____

| 4.3 2 | **Tborn Milestone** | Last 4 digits of account number _____ | $1.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**PO Box 84059**
**Columbus, GA 31908**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Merchandise/goods/services/balance transfers**

| 4.3 3 | **Td Bank** | Last 4 digits of account number  **6439** | $22,928.60 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**1701 Route 70 East**
**Cherry Hill, NJ 08034**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Merchandise/goods/services/balance transfers**

| 4.3 4 | **The Bank of New York FKA The Bank of NY** | Last 4 digits of account number _____ | $1.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**As Trustee (CWALT 2005-2017)**
**Attn: Pres. Off. Mgr or Acct. Rep.**
**4425 Ponce de Leon Boulevard**
**Miami, FL 33146**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Unliquidated Contingent**

DocuSign Envelope ID: 2DF6C6EF-673A-4EE5-A655-B1A7867B205A

Debtor 1    **Joseph D. Regensburger, III**                                    Case number (if known) _____

---

**4.3 5**

**Town of Stratford**                                    Last 4 digits of account number _____    **$1.00**

Nonpriority Creditor's Name
**Attn: Tax Collector's Office**                  When was the debt incurred? _____
**2725 Main Street**
**Stratford, CT 06615**
Number Street City State Zip Code                 **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only                                     ■ Contingent
☐ Debtor 2 only                                     ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**         ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify  **Unliquidated contingent**

---

**4.3 6**

**US Bank Trust**                                    Last 4 digits of account number _____    **$1.00**

Nonpriority Creditor's Name
**Attn: Pres. Off. Mgr. or Acct. Rep.**          When was the debt incurred? _____
**16745 W Bernardo Drive, Suite 300**
**San Diego, CA 92127**
Number Street City State Zip Code                 **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only                                     ■ Contingent
☐ Debtor 2 only                                     ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**         ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify  **Unliquidated contingent**

---

**4.3 7**

**Visa Marriott**                                    Last 4 digits of account number  **4515**    **$28,000.00**

Nonpriority Creditor's Name
**Attn: Pres. Off. Mgr. or Acct. Rep.**          When was the debt incurred? _____
**10400 Fern Road**
**Bethesda, MD 20817**
Number Street City State Zip Code                 **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
■ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**         ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify  **Merchandise/goods/services/balance transfers**

---

Debtor 1   **Joseph D. Regensburger, III**                                    Case number *(if known)*

---

| 4.3 8 | **W.P.C.A. for the City of Bridgeport** | Last 4 digits of account number _____ | **$1.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Juda  J. Epstein, Esq.**
**3543 Main Street, Second Floor**                    When was the debt incurred?  _____
**Bridgeport, CT 06606**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                       ■ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ☐ Disputed
■ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**          ☐ Student loans
**debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                 ■ Other. Specify   **Unliquidated contingent**

---

| 4.3 9 | **Yaritza Reyes** | Last 4 digits of account number _____ | **$1.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**25 Center Street**
**Beacon, NY 12508**                                  When was the debt incurred?  _____
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                       ■ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ☐ Disputed
■ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**          ☐ Student loans
**debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                 ■ Other. Specify   **Unliquidated Contingent**

---

| 4.4 0 | **Zuleyma Bella Lopez** | Last 4 digits of account number _____ | **$1.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**168 Kyles Way**
**Shelton, CT 06484**                                 When was the debt incurred?  _____
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                       ■ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ☐ Disputed
■ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**          ☐ Student loans
**debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                 ■ Other. Specify   **Unliquidated contingent**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Debtor 1   **Joseph D. Regensburger, III**                                          Case number (if known) _____

| | |
|---|---|
| Name and Address<br>**Bendett and McHugh, PC**<br>**Attn: Pres. Off. Mgr. or Acct. Rep.**<br>**270 Farmington Ave., Suite 151**<br>**Farmington, CT 06032**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.36** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Berchem Moses P.C.**<br>**Attn: Pres. Off. Mgr. or Acct. Rep.**<br>**75 Broad Street**<br>**Milford, CT 06460**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.35** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Cohen & Wolf P.C.**<br>**Attn: Pres. Off. Mgr. or Acct Rep.**<br>**657 Orange Center Road**<br>**Orange, CT 06477**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.34** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Daniel Green, Esq.**<br>**2425 Post Road, Suite 301**<br>**Southport, CT 06890**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.38** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**F. Peter Ambrose, Esq.**<br>**1100 Kinmhs Highway East**<br>**Fairfield, CT 06825**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.34** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Harlow, Adams & Friedman, P.C.**<br>**Attn: Pres. Off. Mgr. or Acct. Rep.**<br>**One New Haven Avenue, Suite 100**<br>**Milford, CT 06460**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.25** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Harlow, Adams & Friedman, P.C.**<br>**Attn: Pres. Off. Mgr. or Acct. Rep.**<br>**One New Haven Avenue, Suite 100**<br>**Milford, CT 06460**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.38** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Harlow, Adams & Friedman, P.C.**<br>**Attn: Pres. Off. Mgr. or Acct. Rep.**<br>**One New Haven Avenue, Suite 100**<br>**Milford, CT 06460**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**John R. Bryk, Esq.**<br>**1000 Lafayette Boulevard, 7th Floor**<br>**Bridgeport, CT 06604**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.34** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**John R. Bryk, Esq.**<br>**1000 Lafayette Boulevard, 7th Floor**<br>**Bridgeport, CT 06604**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.25** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**John R. Bryk, Esq.**<br>**1000 Lafayette Boulevard, 7th Floor**<br>**Bridgeport, CT 06604**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.35** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

DocuSign Envelope ID: 2DF56C68E5673A-4EE5-A655-B1A78676205A

Debtor 1    **Joseph D. Regensburger, III**                                    Case number (if known)

---

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**John R. Bryk, Esq.**<br>**1000 Lafayette Boulevard, 7th Floor**<br>**Bridgeport, CT 06604** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.38** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**John R. Bryk, Esq.**<br>**1000 Lafayette Boulevard, 7th Floor**<br>**Bridgeport, CT 06604** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.36** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**John R. Bryk, Esq.**<br>**1000 Lafayette Boulevard, 7th Floor**<br>**Bridgeport, CT 06604** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Jonathan J. Klein, Esq.**<br>**60 Lyon Terrace, 3D Floor**<br>**Bridgeport, CT 06604** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.38** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Jonathan J. Klein, Esq.**<br>**60 Lyon Terrace, 3D Floor**<br>**Bridgeport, CT 06604** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Karen L. Miller, Esq.**<br>**PO Box 1656**<br>**Fairfield, CT 06825** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.25** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Kathleen M. Koether, Esq.**<br>**1599 Post Road East**<br>**Westport, CT 06880** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.35** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Kenneth J. Krayeske Law Offices**<br>**Attn: Pres. Off. Mgr. or Acct. Rep.**<br>**255 Main Street, 5th Floor**<br>**Hartford, CT 06106** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Kenneth J. Krayeske Law Offices**<br>**Attn: Pres. Off. Mgr. or Acct. Rep.**<br>**255 Main Street, 5th Floor**<br>**Hartford, CT 06106** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.39** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Kenneth J. Krayeske Law Offices**<br>**Attn: Pres. Off. Mgr. or Acct. Rep.**<br>**255 Main Street, 5th Floor**<br>**Hartford, CT 06106** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Kenneth J. Krayeske Law Offices**<br>**Attn: Pres. Off. Mgr. or Acct. Rep.**<br>**255 Main Street, 5th Floor**<br>**Hartford, CT 06106** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

Debtor 1   **Joseph D. Regensburger, III**

Case number (if known)

Last 4 digits of account number

---

Name and Address
**Kenneth J. Krayeske Law Offices**
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**255 Main Street, 5th Floor**
**Hartford, CT 06106**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.31** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Kenneth J. Krayeske Law Offices**
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**255 Main Street, 5th Floor**
**Hartford, CT 06106**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.40** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**O'Connell, Attmore & Miller, LLC**
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**280 Trumbull Street**
**Hartford, CT 06103**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.34** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Pellegrino Law Firm**
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**475 Whitney Avenue**
**New Haven, CT 06511**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Pellegrino Law Firm**
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**475 Whitney Avenue**
**New Haven, CT 06511**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.39** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Pellegrino Law Firm**
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**475 Whitney Avenue**
**New Haven, CT 06511**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Pellegrino Law Firm**
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**475 Whitney Avenue**
**New Haven, CT 06511**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.19** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Pellegrino Law Firm**
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**475 Whitney Avenue**
**New Haven, CT 06511**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.31** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Pellegrino Law Firm**
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**475 Whitney Avenue**
**New Haven, CT 06511**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.40** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Spinella & Associates**
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**One Lewis Street**
**Hartford, CT 06103**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

---

Debtor 1  **Joseph D. Regensburger, III**                                              Case number (if known) _____

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Spinella & Associates** **Attn: Pres. Off. Mgr. or Acct. Rep.** **One Lewis Street** **Hartford, CT 06103** | Line **4.39** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Spinella & Associates** **Attn: Pres. Off. Mgr. or Acct. Rep.** **One Lewis Street** **Hartford, CT 06103** | Line **4.12** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Spinella & Associates** **Attn: Pres. Off. Mgr. or Acct. Rep.** **One Lewis Street** **Hartford, CT 06103** | Line **4.19** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Spinella & Associates** **Attn: Pres. Off. Mgr. or Acct. Rep.** **One Lewis Street** **Hartford, CT 06103** | Line **4.31** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Spinella & Associates** **Attn: Pres. Off. Mgr. or Acct. Rep.** **One Lewis Street** **Hartford, CT 06103** | Line **4.40** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 24,606.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 24,606.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 557,879.69 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 557,879.69 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joseph D. Regensburger, III** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | _____ |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |
| **2.1** | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |
| **2.2** | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |
| **2.3** | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |
| **2.4** | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |
| **2.5** | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Joseph D. Regensburger, III** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **500 North Ave, LLC**<br>**Attn: Pres. Off. Mgr. or Acct Rep.**<br>**520B Success Avenie**<br>**Bridgeport, CT 06610** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.35__<br>☐ Schedule G _____<br>**Town of Stratford** |
| 3.2 | **500 North Avenue LLC**<br>**c/o Agent for Service: EJB Corporate Services, LLC**<br>**921 Valley Road**<br>**Fairfield, CT 06824** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.34__<br>☐ Schedule G _____<br>**The Bank of New York FKA The Bank of NY** |
| 3.3 | **500 North Avenue LLC**<br>**c/o Agent for Service: EJB Corporate Services, LLC**<br>**921 Valley Road**<br>**Fairfield, CT 06824** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.35__<br>☐ Schedule G _____<br>**Town of Stratford** |

Debtor 1  **Joseph D. Regensburger, III** _____    Case number *(if known)* _____

| | ■ **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | **500 North Avenue, LLC**<br>**Successor by Merger to Regensburger Ent.**<br>**c/o Agent for Service: EJB Corporate Ser**<br>**921 Valley Road**<br>**Fairfield, CT 06824** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.25**<br>☐ Schedule G _____<br>**Manuel Moutinho** |
| 3.5 | **500 North Avenue, LLC**<br>**Successor by Merger to Regensburger Ent.**<br>**Attn: Pres. Off. Mgr. or Acct. Rep.**<br>**520B Success Avenue**<br>**Bridgeport, CT 06610** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.15**<br>☐ Schedule G _____<br>**Eric Moutinho, Trustee for Baldwin** |
| 3.6 | **Albina Pires**<br>**47 St. Nicholas Drive**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.34**<br>☐ Schedule G _____<br>**The Bank of New York FKA The Bank of NY** |
| 3.7 | **Albina Pires**<br>**47 St. Nicholas Drive**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.25**<br>☐ Schedule G _____<br>**Manuel Moutinho** |
| 3.8 | **Albina Pires**<br>**47 St. Nicholas Drive**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.35**<br>☐ Schedule G _____<br>**Town of Stratford** |
| 3.9 | **Albina Pires**<br>**47 St. Nicholas Drive**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.38**<br>☐ Schedule G _____<br>**W.P.C.A. for the City of Bridgeport** |
| 3.10 | **Albina Pires**<br>**47 St. Nicholas Drive**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.15**<br>☐ Schedule G _____<br>**Eric Moutinho, Trustee for Baldwin** |
| 3.11 | **Alvaro Albuquerque**<br>**1 Cheshire Road**<br>**Meriden, CT 06451** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.34**<br>☐ Schedule G _____<br>**The Bank of New York FKA The Bank of NY** |

Debtor 1    **Joseph D. Regensburger, III**                     Case number *(if known)* _____

■  **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.12    **American Tax Funding, LLC**
**Attn: Pres. Off. Mgr. or Acct Rep.**
**801 Maplewood Drive, Unit 4**
**Jupiter, FL 33458**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.35**
☐ Schedule G _____
**Town of Stratford**

3.13    **AS Peleus, LLC**
**c/o Andrew Barasom**
**Seiger, Gfeller, & Laurie LLP**
**977 Farmingto Avenue, Suite 200**
**West Hartford, CT 06107**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.34**
☐ Schedule G _____
**The Bank of New York FKA The Bank of NY**

3.14    **AS Peleus, LLC**
**c/o Agent for Service: Sec. of State**
**30 Trinity Street**
**Hartford, CT 06115**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.35**
☐ Schedule G _____
**Town of Stratford**

3.15    **AS Peleus. LLC**
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**9400 SW Beaverton Hillsdale Hwy.**
**Suite 131**
**Beaverton, OR 97005**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.34**
☐ Schedule G _____
**The Bank of New York FKA The Bank of NY**

3.16    **AS Peleus. LLC**
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**9400 SW Beaverton Hillsdale Hwy.**
**Suite 131**
**Beaverton, OR 97005**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.35**
☐ Schedule G _____
**Town of Stratford**

3.17    **Bridgeport Redevelopment Inc.**
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**520 Success Avenue**
**Bridgeport, CT 06610**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.38**
☐ Schedule G _____
**W.P.C.A. for the City of Bridgeport**

3.18    **Bridgeport Redevelopment Inc.**
**c/o: Agent for Service: EJB Corporate**
**Services, LLC**
**1150 Post Road**
**Fairfield, CT 06824**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.38**
☐ Schedule G _____
**W.P.C.A. for the City of Bridgeport**

DocuSign Envelope ID: 2DF6C68E-673A-4FE5-A655-B1A78670205A

Debtor 1   **Joseph D. Regensburger, III**                              Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.19   **Carl Kish, Heir and or Beneficiary of**
**the Estate of Faye Kish**
**386 Grovers Avenue**
**Bridgeport, CT 06605**

☐ Schedule D, line _____
☑ Schedule E/F, line   __4.38__
☐ Schedule G _____
**W.P.C.A. for the City of Bridgeport**

3.20   **Cell Phone Club Inc.**
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**33-A Light Street**
**Stratford, CT 06615**

☐ Schedule D, line _____
☑ Schedule E/F, line   __4.38__
☐ Schedule G _____
**W.P.C.A. for the City of Bridgeport**

3.21   **Cell Phone Club Inc.**
**c/o: Agent for Service: EJb Corporate**
**Servcies, LLC**
**1150 Post Road**
**Fairfield, CT 06824**

☐ Schedule D, line _____
☑ Schedule E/F, line   __4.38__
☐ Schedule G _____
**W.P.C.A. for the City of Bridgeport**

3.22   **City Streets Inc.**
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**33-A Light Street**
**Stratford, CT 06615**

☐ Schedule D, line _____
☑ Schedule E/F, line   __4.38__
☐ Schedule G _____
**W.P.C.A. for the City of Bridgeport**

3.23   **City Streets Inc.**
**c/o Agent for Service: EJB Corporate**
**Services, LLC**
**1150 Psot Road**
**Fairfield, CT 06824**

☐ Schedule D, line _____
☑ Schedule E/F, line   __4.38__
☐ Schedule G _____
**W.P.C.A. for the City of Bridgeport**

3.24   **Cummings Enterprises Inc.**
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**520B Success Avenue**
**Bridgeport, CT 06610**

☐ Schedule D, line _____
☑ Schedule E/F, line   __4.38__
☐ Schedule G _____
**W.P.C.A. for the City of Bridgeport**

3.25   **Cummings Enterprises Inc.**
**c/o Agent for Services: EJB Corporate**
**Services, LLC**
**921 Valley Road**
**Fairfield, CT 06824**

☐ Schedule D, line _____
☑ Schedule E/F, line   __4.38__
☐ Schedule G _____
**W.P.C.A. for the City of Bridgeport**

Debtor 1  **Joseph D. Regensburger, III**                        Case number *(if known)*

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.26  **Cummings Enterprises Inc.**<br>**Attn: Pres. Off. Mgr. or Acct. Rep.**<br>**520B Success Avenue**<br>**Bridgeport, CT 06610** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.15**__<br>☐ Schedule G _____<br>**Eric Moutinho, Trustee for Baldwin** |
| 3.27  **Dahill Donofrio**<br>**1335 James farm Road**<br>**Stratford, CT 06614** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.34**__<br>☐ Schedule G _____<br>**The Bank of New York FKA The Bank of NY** |
| 3.28  **Dahill Donofrio**<br>**1 Greystone**<br>**Shelton, CT 06484** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.25**__<br>☐ Schedule G _____<br>**Manuel Moutinho** |
| 3.29  **Dahill Donofrio**<br>**1335 James farm Road**<br>**Stratford, CT 06614** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.35**__<br>☐ Schedule G _____<br>**Town of Stratford** |
| 3.30  **Dahill Donofrio**<br>**1335 James farm Road**<br>**Stratford, CT 06614** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.38**__<br>☐ Schedule G _____<br>**W.P.C.A. for the City of Bridgeport** |
| 3.31  **Dahill Donofrio**<br>**1335 James farm Road**<br>**Stratford, CT 06614** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.15**__<br>☐ Schedule G _____<br>**Eric Moutinho, Trustee for Baldwin** |
| 3.32  **Department of Public Facilities for the**<br>**City of Bridgeport**<br>**Attn: Pres. Off. Mgr. or Acct. Rep.**<br>**999 Broad Street**<br>**Bridgeport, CT 06604** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.38**__<br>☐ Schedule G _____<br>**W.P.C.A. for the City of Bridgeport** |
| 3.33  **Dominique Worth a/k/a Dominique Brazier**<br>**921 Valley Road**<br>**Fairfield, CT 06825** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.25**__<br>☐ Schedule G _____<br>**Manuel Moutinho** |

Debtor 1  **Joseph D. Regensburger, III** _____    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.34 **Dominique Worth a/k/a Dominique Brazier**<br>**430 W. 34th Street, PHB**<br>**New York, NY 10001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.25**<br>☐ Schedule G _____<br>**Manuel Moutinho** |
| 3.35 **Dominique Worth a/k/a Dominique Brazier**<br>**921 Valley Road**<br>**Fairfield, CT 06825** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.38**<br>☐ Schedule G _____<br>**W.P.C.A. for the City of Bridgeport** |
| 3.36 **Dominique Worth a/k/a Dominique Brazier**<br>**921 Valley Road**<br>**Fairfield, CT 06825** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.15**<br>☐ Schedule G _____<br>**Eric Moutinho, Trustee for Baldwin** |
| 3.37 **Dominique Worth a/k/a Dominique Brazier**<br>**430 W. 34th Street, PHB**<br>**New York, NY 10001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.15**<br>☐ Schedule G _____<br>**Eric Moutinho, Trustee for Baldwin** |
| 3.38 **Ebay Wanted, Inc**<br>**Attn: Pres. Off. Mgr. or Acct. Rep.**<br>**900 Dogwood Drive**<br>**Bldg. 8, Apt. 138**<br>**Delray Beach, FL 33483** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.35**<br>☐ Schedule G _____<br>**Town of Stratford** |
| 3.39 **Ebay Wanted, Inc.**<br>**Successor by Merger to RIO Inc.**<br>**c/o Agent for Service: EJB Corporate Ser**<br>**1150 Post Road**<br>**Fairfield, CT 06825** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.25**<br>☐ Schedule G _____<br>**Manuel Moutinho** |
| 3.40 **Ebay Wanted, Inc.**<br>**c/o Agent for Service: EJB Corporate**<br>**Services, LLC**<br>**1150 Post Road**<br>**Fairfield, CT 06825** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.35**<br>☐ Schedule G _____<br>**Town of Stratford** |

Debtor 1    **Joseph D. Regensburger, III**    Case number *(if known)*

| ■ | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

3.41    **Ebay Wanted, Inc.**
co: Agent for Service: EJB Corporate
Services, LLC
1150 Post Road
Fairfield, CT 06824

☐ Schedule D, line _____
■ Schedule E/F, line    **4.38**
☐ Schedule G _____
**W.P.C.A. for the City of Bridgeport**

3.42    **Ebay Wanted, Inc.**
Attn: Pres. Off. Mgr. or Acct. Rep.
900 Dogwood Drive
Bldg. 8, Apt. 138
Delray Beach, FL 33483

☐ Schedule D, line _____
■ Schedule E/F, line    **4.38**
☐ Schedule G _____
**W.P.C.A. for the City of Bridgeport**

3.43    **Ebay Wanted, Inc.**
**Successor by Merger to RIO Inc.**
Attn: Pres. Off. Mgr. or Acct. Rep
900 Dogwood Drive, Bldg. 8, Apt 138
Delray Beach, FL 33483

☐ Schedule D, line _____
■ Schedule E/F, line    **4.15**
☐ Schedule G _____
**Eric Moutinho, Trustee for Baldwin**

3.44    **Ebay Wanted, Inc.**
**Successor by Merger toCity Streets, Inc.**
Attn: Pres. Off. Mgr. or Acct. Rep.
900 Dogwood Dr., Bldg. 8, Apt. 138
Delray Beach, FL 33483

☐ Schedule D, line _____
■ Schedule E/F, line    **4.15**
☐ Schedule G _____
**Eric Moutinho, Trustee for Baldwin**

3.45    **Ebay Wanted, Inc.**
**Successor by Merger Cell Phone Club, Inc**
Attn: Pres. Off, Mgr. or Acct. Rep.
900 Dogwood Dr., Bldg. 8, Apt. 138
Delray Beach, FL 33483

☐ Schedule D, line _____
■ Schedule E/F, line    **4.15**
☐ Schedule G _____
**Eric Moutinho, Trustee for Baldwin**

3.46    **Ebay Wanted, Inc. Successor by Merger**
**to Millionair Inc**
c/o Agent for Services: EJB Corporate Se
1150 Post Road
Fairfield, CT 06824

☐ Schedule D, line _____
■ Schedule E/F, line    **4.25**
☐ Schedule G _____
**Manuel Moutinho**

3.47    **Ebay Wanted, Inc. Successor by Merger to**
**Out Law Boxing Kats, Inc.**
Attn: Pres. Off. Mg. or Acct. Rep.
900 Dogwood Dr., Bldg. 8, Apt. 138
Delray Beach, FL 33483

☐ Schedule D, line _____
■ Schedule E/F, line    **4.15**
☐ Schedule G _____
**Eric Moutinho, Trustee for Baldwin**

DocuSign Envelope ID: 2DF6C68F-673A-4FE5-A655-B1A78670205A

Debtor 1    **Joseph D. Regensburger, III**                         Case number *(if known)* _____

| | |
|---|---|
| ▮ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |

3.48 **Greenwood Estates, Inc.**
**c/o Agent for Service: EJB Corporate**
**Services, LLC**
**1150 Post Road**
**Fairfield, CT 06825**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.25**___
☐ Schedule G _____
**Manuel Moutinho**

---

3.49 **Gus Curcio Jr.**
**3010 Huntington Road**
**Stratford, CT 06614**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.38**___
☐ Schedule G _____
**W.P.C.A. for the City of Bridgeport**

---

3.50 **Gus Curcio, Jr.**
**310 Huntington Road**
**Stratford, CT 06614**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.15**___
☐ Schedule G _____
**Eric Moutinho, Trustee for Baldwin**

---

3.51 **Gus Curcio, Sr.**
**1110 Chapel Street**
**Stratford, CT 06615**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.15**___
☐ Schedule G _____
**Eric Moutinho, Trustee for Baldwin**

---

3.52 **I William Street, Inc.**
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**520B Success Avenue**
**Bridgeport, CT 06610**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.15**___
☐ Schedule G _____
**Eric Moutinho, Trustee for Baldwin**

---

3.53 **IP Media Products, LLC**
**c/o Agent for Service: Dean Moccia**
**128 Juniper Drive**
**Milford, CT 06460**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.34**___
☐ Schedule G _____
**The Bank of New York FKA The Bank of NY**

---

3.54 **IP Media Products, LLC**
**Attn: Pres. Off. Mgr. or Acct. Rep.**
**128 Juniper Drive**
**Milford, CT 06460**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.34**___
☐ Schedule G _____
**The Bank of New York FKA The Bank of NY**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

DocuSign Envelope ID: 2DF6C68E-673A-4FE5-A655-B1A7867920D5

Debtor 1    **Joseph D. Regensburger, III**                                                    Case number *(if known)*

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.55    **Janet Kish, Heir and/or Beneficiary of
the Estate of Faye Kish
9904 Lake Drive
Brooksville, FL 34613**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.38____
☐ Schedule G _____
**W.P.C.A. for the City of Bridgeport**

3.56    **JD's Cafe I, Inc.
c/o Agent for Service: EJB Corporate
Services, LLC
921 Valley Road
Fairfield, CT 06824**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.34____
☐ Schedule G _____
**The Bank of New York FKA The Bank of NY**

3.57    **JRB Holding Co, LLC
c/o Agent for Service: James R. Barrett
965 Whippoorwill Lane
Stratford, CT 06615**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.34____
☐ Schedule G _____
**The Bank of New York FKA The Bank of NY**

3.58    **JRB Holding Co, LLC
c/o Agent for Service: James R. Barrett
965 Whippoorwill Lane
Stratford, CT 06615**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.35____
☐ Schedule G _____
**Town of Stratford**

3.59    **JRB Holding Co, LLC
c/o Agent for Service: James R. Barrett
965 Whippoorwill Lane
Stratford, CT 06615**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.38____
☐ Schedule G _____
**W.P.C.A. for the City of Bridgeport**

3.60    **JRB Holding Co., Inc.
Attn: Pres. Off. Mgr. or Acct. Rep.
80 Shoreline Drive
Stratford, CT 06615**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.15____
☐ Schedule G _____
**Eric Moutinho, Trustee for Baldwin**

3.61    **Julia Kish, Heir and or Beneficiary of
the Estate of Faye Kish
1110 Chapel Street
Stratford, CT 06614**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.38____
☐ Schedule G _____
**W.P.C.A. for the City of Bridgeport**

DocuSign Envelope ID: 2DF6668F-673A-4FE5-A655-B1A78670205A

Debtor 1    **Joseph D. Regensburger, III**                               Case number *(if known)* _____

| | |
|---|---|
| ▮ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.62    **Keepers, Inc.**
**Agent-EJB Corporate Services, LLC**
**921 Valley Road**
**Fairfield, CT 06824**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.39**___
☐ Schedule G _____
**Yaritza Reyes**

---

3.63    **Keepers, Inc.**
**Agent-EJB Corporate Services, LLC**
**921 Valley Road**
**Fairfield, CT 06824**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.10**___
☐ Schedule G _____
**Crystal Horrocks**

---

3.64    **Keepers, Inc.**
**Agent-EJB Corporate Services, LLC**
**921 Valley Road**
**Fairfield, CT 06824**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.12**___
☐ Schedule G _____
**Dina Danielle Caviello**

---

3.65    **Keepers, Inc.**
**Agent-EJB Corporate Services, LLC**
**921 Valley Road**
**Fairfield, CT 06824**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.19**___
☐ Schedule G _____
**Jacqueline Green**

---

3.66    **Keepers, Inc.**
**Agent-EJB Corporate Services, LLC**
**921 Valley Road**
**Fairfield, CT 06824**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.31**___
☐ Schedule G _____
**Sugeily Ortiz**

---

3.67    **Keepers, Inc.**
**Agent-EJB Corporate Services, LLC**
**921 Valley Road**
**Fairfield, CT 06824**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.40**___
☐ Schedule G _____
**Zuleyma Bella Lopez**

---

3.68    **Lewis Kish, Heir and/or Beneficiary of**
**the Estate of Faye Kish**
**147 Perry Street**
**Fairfield, CT 06824**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.38**___
☐ Schedule G _____
**W.P.C.A. for the City of Bridgeport**

---

Debtor 1   **Joseph D. Regensburger, III**                                    Case number *(if known)*

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.69   **Main Street Business Management, Inc.**<br>**c/o Agent for Service: EJB Corporate**<br>**Services, LLC**<br>**921 Valley Road**<br>**Fairfield, CT 06824** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.34**<br>☐ Schedule G _____<br>**The Bank of New York FKA The Bank of NY** |
| 3.70   **Main Street Business Management, Inc.**<br>**c/o Agent for Service: EJB Corporate**<br>**Services, LLC**<br>**921 Valley Road**<br>**Fairfield, CT 06824** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.25**<br>☐ Schedule G _____<br>**Manuel Moutinho** |
| 3.71   **Mamie M. Colacurcio**<br>**59 Marsh Street**<br>**Easton, CT 06612** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.35**<br>☐ Schedule G _____<br>**Town of Stratford** |
| 3.72   **Manuel Moutinho, as Trustee for Mark**<br>**IV Construction Co. Innc. 401K Plan**<br>**3 Main Street**<br>**Stratford, CT 06615** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.38**<br>☐ Schedule G _____<br>**W.P.C.A. for the City of Bridgeport** |
| 3.73   **Millionair Club Inc.**<br>**Attn: Pres. off. Mgr. or Acct. Rep.**<br>**33-A Light Street**<br>**Stratford, CT 06615** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.38**<br>☐ Schedule G _____<br>**W.P.C.A. for the City of Bridgeport** |
| 3.74   **Millionair Club Inc.**<br>**c/o Agent for Service: EJB Corporate**<br>**Services, LLC**<br>**1150 Post Road**<br>**Fairfield, CT 06825** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.38**<br>☐ Schedule G _____<br>**W.P.C.A. for the City of Bridgeport** |
| 3.75   **Oronoque 15, LLC**<br>**c/o Agent for Services: EJB Corporate**<br>**Services, LLC**<br>**1150 Psot Road**<br>**Fairfield, CT 06824** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.38**<br>☐ Schedule G _____<br>**W.P.C.A. for the City of Bridgeport** |

DocuSign Envelope ID: 2DF5C68F-673A-4EE5-A655-B1A7867D205A

Debtor 1    **Joseph D. Regensburger, III**                              Case number *(if known)* _____

▮    **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.76  **Oronoque 15. LLC**<br>**Attn: Pres. Off. Mgr. or Acct. Rep.**<br>**33-A Light Street**<br>**Stratford, CT 06615** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.38__<br>☐ Schedule G _____<br>**W.P.C.A. for the City of Bridgeport** |
| 3.77  **Oul Law Boxing Kats Inc.**<br>**c/o: Agent for Service: EJB Corporate**<br>**Services, LLC**<br>**1150 Post Road**<br>**Fairfield, CT 06824** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.38__<br>☐ Schedule G _____<br>**W.P.C.A. for the City of Bridgeport** |
| 3.78  **Out Law Boxing Kats Inc.**<br>**Attn: Pres. Off. Mgr. or Acct. Rep.**<br>**33-A Light Street**<br>**Stratford, CT 06615** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.38__<br>☐ Schedule G _____<br>**W.P.C.A. for the City of Bridgeport** |
| 3.79  **Pleasant Moments Cafe, Inc.**<br>**Attn: Pres. off. Mgr. or Acct. Rep.**<br>**33-A Light Street**<br>**Stratford, CT 06615** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.15__<br>☐ Schedule G _____<br>**Eric Moutinho, Trustee for Baldwin** |
| 3.80  **Portfolio Recovery Associates, LLC**<br>**Attn: Pres. Off. Mgr. or Acct. Rep.**<br>**120 Corporate Blvd. Suite 100**<br>**Norfolk, VA 23502** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.36__<br>☐ Schedule G _____<br>**US Bank Trust** |
| 3.81  **Red Buff Rita Inc.**<br>**c/o Agent for Service: EJB Corporate**<br>**Services, LLC**<br>**921 Valley Road**<br>**Fairfield, CT 06824** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.35__<br>☐ Schedule G _____<br>**Town of Stratford** |
| 3.82  **Red Buff Rita Inc.**<br>**Attn: Pres. Off. Mgr. or Acct. Rep.**<br>**1110 Chapel Street**<br>**Stratford, CT 06614** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.35__<br>☐ Schedule G _____<br>**Town of Stratford** |

DocuSign Envelope ID: 2DF5C68F-673A-4EE5-A655-B1A7867B205A

Debtor 1  **Joseph D. Regensburger, III**                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.83  **Red Buff Rita Inc.**<br>**Attn: Pres. Off. Mgr. or Acct. Rep.**<br>**1110 Chapel Street**<br>**Stratford, CT 06614** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.38**__<br>☐ Schedule G _____<br>**W.P.C.A. for the City of Bridgeport** |
| 3.84  **Red Buff Rita Inc.**<br>**c/o Agent for Service: EJB Corporate**<br>**Services, LLC**<br>**1150 Post Road**<br>**Fairfield, CT 06824** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.38**__<br>☐ Schedule G _____<br>**W.P.C.A. for the City of Bridgeport** |
| 3.85  **Red Buff Rita Inc.**<br>**Attn: Pres. Off. Mgr. or Acct. Rep.**<br>**1110 Chapel Street**<br>**Stratford, CT 06614** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.15**__<br>☐ Schedule G _____<br>**Eric Moutinho, Trustee for Baldwin** |
| 3.86  **Red Rose, Inc. dba Pleasant Moments**<br>**35 Light Street**<br>**Stratford, CT 06615** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.15**__<br>☐ Schedule G _____<br>**Eric Moutinho, Trustee for Baldwin** |
| 3.87  **Regensburger Enterprises Inc.**<br>**Attn: Pres. Off. Mgr. or Acct. Rep.**<br>**33-A Light Street**<br>**Stratford, CT 06615** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.38**__<br>☐ Schedule G _____<br>**W.P.C.A. for the City of Bridgeport** |
| 3.88  **Regensburger Enterprses, Inc.**<br>**c/o: Agent for Service: EJB Corporate**<br>**Services, LLC**<br>**1150 Post Road**<br>**Fairfield, CT 06824** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.38**__<br>☐ Schedule G _____<br>**W.P.C.A. for the City of Bridgeport** |
| 3.89  **Richard Urban**<br>**33 Light Street**<br>**Stratford, CT 06615** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.34**__<br>☐ Schedule G _____<br>**The Bank of New York FKA The Bank of NY** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Joseph D. Regensburger, III**                                    Case number *(if known)*  _____

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.90    **Richard Urban**
         **15 White Plains Road**
         **Trumbull, CT 06611-1100**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.25**___
☐ Schedule G _____
**Manuel Moutinho**

3.91    **Richard Urban**
         **94 Waldoboro Road**
         **Jefferson, ME 04348**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.25**___
☐ Schedule G _____
**Manuel Moutinho**

3.92    **Richard Urban**
         **15 White Plains Road**
         **Trumbull, CT 06611-1100**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.38**___
☐ Schedule G _____
**W.P.C.A. for the City of Bridgeport**

3.93    **Richard Urban**
         **94 Waldoboro Road**
         **Jefferson, ME 04348**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.38**___
☐ Schedule G _____
**W.P.C.A. for the City of Bridgeport**

3.94    **Richard Urban**
         **184 Rockland Avenue**
         **Stratford, CT 06614-4000**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.38**___
☐ Schedule G _____
**W.P.C.A. for the City of Bridgeport**

3.95    **Richard Urban**
         **33 Light Street**
         **Stratford, CT 06615**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.15**___
☐ Schedule G _____
**Eric Moutinho, Trustee for Baldwin**

3.96    **Robin Cummings**
         **824 Saw Mill Road**
         **West Haven, CT 06516**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.34**___
☐ Schedule G _____
**The Bank of New York FKA The Bank of NY**

3.97    **Robin Cummings**
         **929 White Plains Road**
         **Trumbull, CT 06611**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.25**___
☐ Schedule G _____
**Manuel Moutinho**

DocuSign Envelope ID: 2DF6C68E-673A-4EE5-A655-B8A78670205A

| Debtor 1 | **Joseph D. Regensburger, III** | | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.98 | **Robin Cummings**<br>**1333 James Farm Road**<br>**Stratford, CT 06614** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.25**__<br>☐ Schedule G _____<br>**Manuel Moutinho** |
| 3.99 | **Robin Cummings**<br>**824 Saw Mill Road**<br>**West Haven, CT 06516** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.35**__<br>☐ Schedule G _____<br>**Town of Stratford** |
| 3.100 | **Robin Cummings**<br>**824 Saw Mill Road**<br>**West Haven, CT 06516** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.38**__<br>☐ Schedule G _____<br>**W.P.C.A. for the City of Bridgeport** |
| 3.101 | **Robin Cummings**<br>**824 Saw Mill Road**<br>**West Haven, CT 06516** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.15**__<br>☐ Schedule G _____<br>**Eric Moutinho, Trustee for Baldwin** |
| 3.102 | **Roger K. Colacurcio**<br>**59 Marsh Street**<br>**Easton, CT 06612** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.35**__<br>☐ Schedule G _____<br>**Town of Stratford** |
| 3.103 | **Rose Tiso & Co, LLC**<br>**c/o Agent for Service: Parrett, Porto,**<br>**Parese & Colwell, P.C.**<br>**2318 Whitney Avenue**<br>**Hamden, CT 06518** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.35**__<br>☐ Schedule G _____<br>**Town of Stratford** |
| 3.104 | **Rose Tiso & Co, LLC**<br>**Attn: Pres. Off. mgr. or Acct. Rep.**<br>**48 Wildwood Ave.**<br>**Milford, CT 06460** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.35**__<br>☐ Schedule G _____<br>**Town of Stratford** |
| 3.105 | **State of CT Dept. of Revenue Services**<br>**Attn: Pres. Off. Mgr. or ACct. Rep.**<br>**450 Columbus Blvd.**<br>**Hartford, CT 06106** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.38**__<br>☐ Schedule G _____<br>**W.P.C.A. for the City of Bridgeport** |

DocuSign Envelope ID: 2DF6C68E-673A-4FE5-A655-B1A7867Q205A)

Debtor 1   **Joseph D. Regensburger, III**                        Case number *(if known)*

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10<br>6 | **Success Inc.**<br>**c/o Agent for Service: EJP Corporate**<br>**Services**<br>**921 Valley Road**<br>**Fairfield, CT 06824** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.25**___<br>☐ Schedule G _____<br>**Manuel Moutinho** |
| 3.10<br>7 | **Tara Theodore**<br>**31 Cerretta Street**<br>**Stamford, CT 06907** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.36**___<br>☐ Schedule G _____<br>**US Bank Trust** |
| 3.10<br>8 | **Thomas Theodore**<br>**31 Cerretta Street**<br>**Stamford, CT 06907** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.36**___<br>☐ Schedule G _____<br>**US Bank Trust** |
| 3.10<br>9 | **U.S. of America-Dept of Treasury**<br>**c/o Attorney General**<br>**950 Pennsylvania Avenue**<br>**Washington, DC 20530** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.35**___<br>☐ Schedule G _____<br>**Town of Stratford** |
| 3.11<br>0 | **U.S. of America-Dept. of Treasury**<br>**Attn: Pres. Off. Mgr. or Acct. Rep.**<br>**1500 Pennsylvania Avenue, N.W.**<br>**Washington, DC 20220** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.34**___<br>☐ Schedule G _____<br>**The Bank of New York FKA The Bank of NY** |
| 3.11<br>1 | **Yellow Rose, Inc. Successor by Merger to**<br>**CT Amusement Inc. fka Pay Phones Plus In**<br>**Attn: Pres. Off. Mgr. or Acct. Rep.**<br>**33-A Light Street**<br>**Stratford, CT 06615-8000** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.15**___<br>☐ Schedule G _____<br>**Eric Moutinho, Trustee for Baldwin** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Joseph D. Regensburger, III** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☐ Employed<br>■ Not employed | ■ Employed<br>☐ Not employed |
| **Occupation** | | | **Paraprofessional** |
| **Employer's name** | | | **Fairfield Public Schools** |
| **Employer's address** | | | **501 Kings Hwy E #210, Fairfield, CT 06825** |
| **How long employed there?** | | | |

**Part 2:    Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $        0.00 | $        1,856.25 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$        0.00 | +$        0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $        0.00 | $        1,856.25 |

Debtor 1   **Joseph D. Regensburger, III**                                   Case number (*if known*)

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ | 0.00 | $ 1,856.25 |
| 5. | **List all payroll deductions:** | | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ | 0.00 | $ 165.84 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ | 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ | 0.00 | $ 92.82 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ | 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ | 0.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | $ | 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ | 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: | 5h.+ | $ | 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ | 0.00 | $ 258.66 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ | 0.00 | $ 1,597.59 |
| 8. | **List all other income regularly received:** | | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | 0.00 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. | $ | 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ | 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ | 1,274.00 | $ 0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ | 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ | 0.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: | 8h.+ | $ | 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ | 1,274.00 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,274.00 + | $ 1,597.59 = | $ 2,871.59 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:                                                                        11.  +$    0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies                                                        12.  $    2,871.59

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ☑ No.
   ☐ Yes. Explain:

Fill in this information to identify your case:

Debtor 1 _____ **Joseph D. Regensburger, III** _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
| --- | --- |

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ■ No

   Do not list Debtor 1 and    ☐ Yes. Fill out this information for
   Debtor 2.    each dependent..............

   Do not state the
   dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- | --- |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
| --- | --- |

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | **Your expenses** |
| --- | --- |

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

   4. $                 **2,470.00**

   **If not included in line 4:**

   | 4a. | Real estate taxes | 4a. $ | 0.00 |
   | --- | --- | --- | --- |
   | 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
   | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
   | 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $     0.00

DocuSign Envelope ID: 2DF6C68F-673A-4EE5-A655-B1A78676295A

| Debtor 1 | **Joseph D. Regensburger, III** | | Case number (if known) | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---:|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 250.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 800.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 300.00 |
| 10. | **Personal care products and services** | | 10. $ | 200.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 60.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | 250.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 31.50 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | 0.00 |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:    **Wife's vehicle** | | 21. +$ | 685.40 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 5,046.90 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 5,046.90 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | 2,871.59 |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | 5,046.90 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | | 23c. $ | -2,175.31 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.     Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joseph D. Regensburger, III** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _Regensburger, Joseph_    X _____
  DocuSigned by:
  2E90ACD9038D419

**Joseph D. Regensburger, III**    Signature of Debtor 2
Signature of Debtor 1

Date  **October  9, 2020**    Date _____

Official Form 106Dec    **Declaration About an Individual Debtor's Schedules**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joseph D. Regensburger, III** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.   **What is your current marital status?**

   ■ Married
   ☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2018 )** | ☐ Wages, commissions, bonuses, tips | $0.00 | ■ Wages, commissions, bonuses, tips | $15,042.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Joseph D. Regensburger, III**                                    Case number *(if known)*

---

5.    **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐    No
■    Yes. Fill in the details.

| | Debtor 1 Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Debtor 2 Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | **Social Security Benefits** | **$10,192.00** | | |
| **For last calendar year:** (January 1 to December 31, 2019 ) | **Social Security Benefits** | **$12,673.00** | | |
| **For the calendar year before that:** (January 1 to December 31, 2018 ) | **Social Security Benefits** | **$0.00** | | |

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.    **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐    No.    Go to line 7.
☐    Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

■    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■    No.    Go to line 7.
☐    Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

7.    **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■    No
☐    Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

---

Case 20-50808    Doc 1    Filed 10/12/20    Entered 10/12/20 22:02:29    Page 61 of 90

| Debtor 1 | **Joseph D. Regensburger, III** | Case number *(if known)* |
|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:**    Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **The Bank of New York Mellon FKA The Bank of New Yorll v. Albuquerque, Alvaro Et Al** FBT-CV19-6086762-S | **Foreclosure** | **Bridgeport Superior Court 1061 Main St. Bridgeport, CT 06604** | ■ Pending ☐ On appeal ☐ Concluded |
| **Moutinho, Manuel v. Maln Street Business Management, Inc. Et Al** FBT-CV19-6088316-S | **Foreclosure** | **Bridgeport Superior Court 1061 Main St. Bridgeport, CT 06604** | ■ Pending ☐ On appeal ☐ Concluded |
| **Town of Stratford v. 500 North Avenue, LLC Et Al** FBT-CV19-6087163-S | **Collection** | **Bridgeport Superior Court 1061 Main St. Bridgeport, CT 06604** | ■ Pending ☐ On appeal ☐ Concluded |
| **Moutinho, Eric, Trustee For Baldwin Station LLC Profit Sharing Plan v. 1 William Street, Inc. Et Al** FBT-CV19-6092112-S | **Foreclosure** | **Bridgeport Superior Court 1061 Main St. Bridgeport, CT 06604** | ■ Pending ☐ On appeal ☐ Concluded |
| **Cazenovia Creek Funding I, LLC v. Main Street Business Management, Inc. Et Al** FBT-CV18-6079048-S | **Foreclosure** | **Bridgeport Superior Court 1061 Main St. Bridgeport, CT 06604** | ☐ Pending ☐ On appeal ■ Concluded |
| **Water Pollution Control Authority For The City Of Bridgeoprt v. Ebay Wanted Inc. Et Al** FBT-CV18-6081253-S | **Foreclosure** | **Bridgeport Superior Court 1061 Main St. Bridgeport, CT 06604** | ☐ Pending ☐ On appeal ■ Concluded |
| **UB Bank Trust, N.A. et al vs. Theodore, Tara et al** FBT-CV14-6047133-S | **Foreclosure** | **Bridgeport Superior Court 1061 Main Street Bridgeport, CT 06604** | ☐ Pending ☐ On appeal ■ Concluded |
| **Horrocks, Crydtal Et Al v. Keepers, Inc.Et Al** NNH-CV15-6054684-S | **Torts** | **New Haven Superior Court 235 Vhurch Street New Haven, CT 06510** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor 1    **Joseph D. Regensburger, III**    Case number *(if known)*

---

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
|  |  |  |  |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☑ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
|  |  |  |  |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☑ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
|  |  |  |  |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address *(Number, Street, City, State and ZIP Code)* | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
|  |  |  |  |

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
|  |  |  |  |

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
|  |  |  |  |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

DocuSign Envelope ID: 2DF6C68E-673A-4FE5-A655-B1A78679205A

Debtor 1    **Joseph D. Regensburger, III**                    Case number *(if known)*

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Charmoy & Charmoy**<br>**1700 Post Road, Suite C-9**<br>**Fairfield, CT 06824-5726**<br>**scottcharmoy@charmoy.com** | **$2975 costs and fees** | **2020** | **$0.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Jadis, LLC**<br><br>**None** | **71-75 William Street, Bridgeport, CT - no equity. Law day on property ran 3 2 2020.** | **None** | **2/26/20** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Citizens Bank**<br>**215 Cherry Street**<br>**Dorado, PR 00646** | **XXXX-1817** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **8/2020** | **Unknown** |

DocuSign Envelope ID: 2DF6C66E-673A-4EE5-A655-B1A7867B205A

Debtor 1    **Joseph D. Regensburger, III**                                    Case number *(if known)*

---

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>**Address** (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ■ **No**
    ☐ **Yes.  Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

| Debtor 1 | Joseph D. Regensburger, III | Case number *(if known)* | |

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

- ■ No
- ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address *(Number, Street, City,<br>State and ZIP Code)* | Nature of the case | Status of the<br>case |
|---|---|---|---|
| | | | |

**Part 11:  Give Details About Your Business or Connections to Any Business**

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ■ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

- ☐ No. None of the above applies.  Go to Part 12.
- ■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>*(Number, Street, City, State and ZIP Code)* | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Pawn Pro Inc.<br>2012 Boston Avenue<br>Bridgeport, CT 06610 | | EIN:    46-0670789<br>From-To   2012-present |
| Auto Sales & Service Inc.<br>520B Success Avenue<br>Stratford, CT 06615 | | EIN:    30-0826940<br>From-To   2012-present |
| EJB Corporate Services, LLC<br>921 Valley Road<br>Fairfield, CT 06825 | | EIN:<br>From-To   2004-12 |
| Long Brook Station, LLC<br>520 B Success Ave<br>Bridgeport, CT 06610 | | EIN:<br>From-To   2014-2019 |

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

- ■ No
- ☐ Yes. Fill in the details below.

| Name<br>Address<br>*(Number, Street, City, State and ZIP Code)* | Date Issued |
|---|---|
| | |

DocuSign Envelope ID: 2DF6C66F-673A-4EE5-A655-B1A7867B205A

Debtor 1    **Joseph D. Regensburger, III**                                    Case number (*if known*) _____

---

| **Part 12:** | **Sign Below** |
|---|---|

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

*Regensburger, Joseph*
— 2F90ACD9038D419

_____          _____
**Joseph D. Regensburger, III**                              **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **October  9, 2020**                              Date    _____


**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes


**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Joseph D. Regensburger, III** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: _____ | ☐ No <br><br> ☐ Yes |
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: _____ | ☐ No <br><br> ☐ Yes |
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: _____ | ☐ No <br><br> ☐ Yes |
| Creditor's | ☐ Surrender the property. | ☐ No |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

DocuSign Envelope ID: 2DF6C66F-673A-4EE5-A655-B1A78670305A

Debtor 1    **Joseph D. Regensburger, III**                                        Case number *(if known)*

name:                                                                    ☐ Retain the property and redeem it.                              ☐ Yes
                                                                          ☐ Retain the property and enter into a
Description of                                                                *Reaffirmation Agreement.*
property                                                                  ☐ Retain the property and [explain]:
securing debt:

---

| Part 2: | **List Your Unexpired Personal Property Leases** |

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |

---

| Part 3: | **Sign Below** |

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  *Regensburger, Joseph*
2F90ACD9038D419...
**Joseph D. Regensburger, III**                                        X
Signature of Debtor 1                                                  Signature of Debtor 2

Date    **October  9, 2020**                                          Date

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

DocuSign Envelope ID: 2DF5C68E-673A-4EE5-A655-B1A78670205A

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|--------|-----------|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Chapter 12: Repayment plan for family farmers or fishermen

|   |       |                    |
|---|-------|--------------------|
|   | $200  | filing fee         |
| + | $75   | administrative fee  |
|   | $275  | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   |       |                    |
|---|-------|--------------------|
|   | $235  | filing fee         |
| + | $75   | administrative fee  |
|   | $310  | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

DocuSign Envelope ID: 2DF6C68F-673A-4FE5-A655-B1A78670205A

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to: http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

DocuSign Envelope ID: 2DF6C68E-673A-4EE5-A655-B1A78670205A

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Connecticut

In re    **Joseph D. Regensburger, III**                                    Case No. _____

                                               Debtor(s)              Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ■ **FLAT FEE**

   For legal services, I have agreed to accept                              $              **2,975.00**

   Prior to the filing of this statement I have received                    $              **2,975.00**

   Balance Due                                                              $                 **0.00**

   ☐ **RETAINER**

   For legal services, I have agreed to accept and received a retainer of   $ _____

   The undersigned shall bill against the retainer at an hourly rate of     $ _____
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
   fees and expenses exceeding the amount of the retainer.

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with creditors as necessary; attendance at hearings on reaffirmation agreements as necessary; preparation and filing of uncontested lien avoidance motions pursuant to 11 USC 522(f)(2) on real property and/or household goods.  The above stated amount for fees also includes costs, including the filing fee and title bringdowns on any real estate owned by the Debtor(s)**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtor(s) in any non dischargeability actions, objection to discharge actions, adversary proceeding, or contested matter; 2004 examinations (including, if debtor is entity, 2004 examinations of any principals of entity), contested lien avoidance proceedings; audits and/or inquiries by the U.S. Trustee's Office or any other party regarding Statement of Income/means test issues; relief from stay proceedings, exemption litigation, motions for contempt for violation of relief from stay, any other litigation, and any other matter for which the undersigned has not been retained by written and executed retainer agreement.**

In re    **Joseph D. Regensburger, III**                                    Case No. _____
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

*Scott Charmoy*
F8267F231BDB45C...

**October  9, 2020**
*Date*

**Scott M. Charmoy**
*Signature of Attorney*
**Charmoy & Charmoy**
**1700 Post Road, Suite C-9**
**Fairfield, CT 06824-5726**
**203-255-8100   Fax: 203-255-8101**
**scottcharmoy@charmoy.com**
*Name of law firm*

DocuSign Envelope ID: 2DF5C68F-673A-4FE5-A655-B4A786762054

# United States Bankruptcy Court
## District of Connecticut

In re    **Joseph D. Regensburger, III**                           Case No. _____

                                      Debtor(s)           Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **October  9, 2020** _____

_DocuSigned by:_

_Regensburger, Joseph_

2F90ACD9038D419...

**Joseph D. Regensburger, III**
Signature of Debtor

DocuSign Envelope ID: 2DF6C68F-673A-4EE5-A655-B1A78670205A

500 North Ave, LLC
Attn: Pres. Off. Mgr. or Acct Rep.
520B Success Avenie
Bridgeport, CT 06610


500 North Avenue LLC
c/o Agent for Service: EJB Corporate
Services, LLC
921 Valley Road
Fairfield, CT 06824


500 North Avenue, LLC
Successor by Merger to Regensburger Ent.
c/o Agent for Service: EJB Corporate Ser
921 Valley Road
Fairfield, CT 06824


500 North Avenue, LLC
Successor by Merger to Regensburger Ent.
Attn: Pres. Off. Mgr. or Acct. Rep.
520B Success Avenue
Bridgeport, CT 06610


Albina Pires
47 St. Nicholas Drive
Bridgeport, CT 06604


Alvaro Albuquerque
1 Cheshire Road
Meriden, CT 06451


American Express
Attn: Pres. Off. Mgr. or Acct. Rep.
200 Vesly Street
New York, NY 10285


American Tax Funding, LLC
Attn: Pres. Off. Mgr. or Acct Rep.
801 Maplewood Drive, Unit 4
Jupiter, FL 33458


AS Peleus, LLC
c/o Andrew Barasom
Seiger, Gfeller, & Laurie LLP
977 Farmingto Avenue, Suite 200
West Hartford, CT 06107

DocuSign Envelope ID: 2DF6C68F-673A-4FE5-A655-B1A78670205A

AS Peleus, LLC
c/o Agent for Service: Sec. of State
30 Trinity Street
Hartford, CT 06115


AS Peleus. LLC
Attn: Pres. Off. Mgr. or Acct. Rep.
9400 SW Beaverton Hillsdale Hwy.
Suite 131
Beaverton, OR 97005


Bank of America
Attn: Pres. Off. Mgr. or Acct. Rep.
100 North Tryon
Charlotte, NC 28225


Bendett and McHugh, PC
Attn: Pres. Off. Mgr. or Acct. Rep.
270 Farmington Ave., Suite 151
Farmington, CT 06032


Berchem Moses P.C.
Attn: Pres. Off. Mgr. or Acct. Rep.
75 Broad Street
Milford, CT 06460


Boscov's
Attn: Pres. Off. Mgr. or Acct. Rep.
45 Perklomen Avenue
Reading, PA 19606


Bridgeport Redevelopment Inc.
Attn: Pres. Off. Mgr. or Acct. Rep.
520 Success Avenue
Bridgeport, CT 06610


Bridgeport Redevelopment Inc.
c/o: Agent for Service: EJB Corporate
Services, LLC
1150 Post Road
Fairfield, CT 06824


Capital One
Attn: Pres. Off. Mgr. or Acct. Rep.
1680 Corporate One Drive
Mc Lean, VA 22102

DocuSign Envelope ID: 2DF6C68F-673A-4FE5-A655-B1A78670205A

Carl Kish, Heir and or Beneficiary of
the Estate of Faye Kish
386 Grovers Avenue
Bridgeport, CT 06605


Cell Phone Club Inc.
Attn: Pres. Off. Mgr. or Acct. Rep.
33-A Light Street
Stratford, CT 06615


Cell Phone Club Inc.
c/o: Agent for Service: EJb Corporate
Servcies, LLC
1150 Post Road
Fairfield, CT 06824


Chase
Attn: Pres. Off. Mgr. or Acct. Rep.
PO Box 15368
Wilmington, DE 19850


Cirrus
Attn: Pres. Off. Mgr. or Acct. Rep.
200 Purchase Street
Purchase, NY 10577


Citi Card
Attn: Pres. Off. Mgr. or Acct. Rep.
388 Greenwich Street
New York, NY 10013


City Streets Inc.
Attn: Pres. Off. Mgr. or Acct. Rep.
33-A Light Street
Stratford, CT 06615


City Streets Inc.
c/o Agent for Service: EJB Corporate
Services, LLC
1150 Psot Road
Fairfield, CT 06824


Cohen & Wolf P.C.
Attn: Pres. Off. Mgr. or Acct Rep.
657 Orange Center Road
Orange, CT 06477

Credit One
Attn: Pres. Off. Mgr. or Acct. Rep.
6801 S Cimarron Rd.
Las Vegas, NV 89113


Crystal Horrocks
56 Dickerman Street
New Haven, CT 06511


Ct Hand
Attn: Pres. off. Mgr. or Acct. Rep.
400 Post Road
Fairfield, CT 06824


Cummings Enterprises Inc.
Attn: Pres. Off. Mgr. or Acct. Rep.
520B Success Avenue
Bridgeport, CT 06610


Cummings Enterprises Inc.
c/o Agent for Services: EJB Corporate
Services, LLC
921 Valley Road
Fairfield, CT 06824


Dahill Donofrio
1335 James farm Road
Stratford, CT 06614


Dahill Donofrio
1 Greystone
Shelton, CT 06484


Daniel Green, Esq.
2425 Post Road, Suite 301
Southport, CT 06890


Department of Public Facilities for the
City of Bridgeport
Attn: Pres. Off. Mgr. or Acct. Rep.
999 Broad Street
Bridgeport, CT 06604

```
Department of Revenue Services
Attn: Collections Unit Bankruptcy Team
450 Columbus Blvd., Ste. 1
Hartford, CT 06103-1837


Dina Danielle Caviello
1436 Wolcott Road
Wolcott, CT 06716


Discover
Attn: Pres. Off. Mgr. or Acct. Rep.
PO Box 6103
Carol Stream, IL 60197


Dominique Worth a/k/a Dominique Brazier
921 Valley Road
Fairfield, CT 06825


Dominique Worth a/k/a Dominique Brazier
430 W. 34th Street, PHB
New York, NY 10001


Ebay Wanted, Inc
Attn: Pres. Off. Mgr. or Acct. Rep.
900 Dogwood Drive
Bldg. 8, Apt. 138
Delray Beach, FL 33483


Ebay Wanted, Inc.
Successor by Merger to RIO Inc.
c/o Agent for Service: EJB Corporate Ser
1150 Post Road
Fairfield, CT 06825


Ebay Wanted, Inc.
c/o Agent for Service: EJB Corporate
Services, LLC
1150 Post Road
Fairfield, CT 06825


Ebay Wanted, Inc.
co: Agent for Service: EJB Corporate
Services, LLC
1150 Post Road
Fairfield, CT 06824
```

DocuSign Envelope ID: 2DF6C68F-673A-4FE5-A655-B1A78670205A

Ebay Wanted, Inc.
Attn: Pres. Off. Mgr. or Acct. Rep.
900 Dogwood Drive
Bldg. 8, Apt. 138
Delray Beach, FL 33483


Ebay Wanted, Inc.
Successor by Merger to RIO Inc.
Attn: Pres. Off. Mgr. or Acct. Rep
900 Dogwood Drive, Bldg. 8, Apt 138
Delray Beach, FL 33483


Ebay Wanted, Inc.
Successor by Merger toCity Streets, Inc.
Attn: Pres. Off. Mgr. or Acct. Rep.
900 Dogwood Dr., Bldg. 8, Apt. 138
Delray Beach, FL 33483


Ebay Wanted, Inc.
Successor by Merger Cell Phone Club, Inc
Attn: Pres. Off, Mgr. or Acct. Rep.
900 Dogwood Dr., Bldg. 8, Apt. 138
Delray Beach, FL 33483


Ebay Wanted, Inc. Successor by Merger
to Millionair Inc
c/o Agent for Services: EJB Corporate Se
1150 Post Road
Fairfield, CT 06824


Ebay Wanted, Inc. Successor by Merger to
Out Law Boxing Kats, Inc.
Attn: Pres. Off. Mg. or Acct. Rep.
900 Dogwood Dr., Bldg. 8, Apt. 138
Delray Beach, FL 33483


Eddie Bauer
Attn: Pres. Off. Mgr. or Acct. Rep.
10401 NE 8th Street
Bellevue, WA 98004


Eric Moutinho, Trustee for Baldwin
Station, LLC Profit Sharing Plan
1137 Seaview Avenue
Bridgeport, CT 06607

Exxon Mobil
Attn: Pres. Off. Mgr. or Acct. Rep.
5959 Las Colinas Boulevard
Irving, TX 75039


F. Peter Ambrose, Esq.
1100 Kinmhs Highway East
Fairfield, CT 06825


Finger Hut
Attn: Pres. Off. Mgr. or Acct. Rep.
6250 Woodbridge Road
Saint Cloud, MN 56303


Genesis FS Card Services
Attn: Pres. Off. Mgr. or Acct. Rep.
PO Box 4477
Beaverton, OR 97076-4477


Greenwood Estates, Inc.
c/o Agent for Service: EJB Corporate
Services, LLC
1150 Post Road
Fairfield, CT 06825


Gus Curcio Jr.
3010 Huntington Road
Stratford, CT 06614


Gus Curcio, Jr.
310 Huntington Road
Stratford, CT 06614


Gus Curcio, Sr.
1110 Chapel Street
Stratford, CT 06615


Harlow, Adams & Friedman, P.C.
Attn: Pres. Off. Mgr. or Acct. Rep.
One New Haven Avenue, Suite 100
Milford, CT 06460


I William Street, Inc.
Attn: Pres. Off. Mgr. or Acct. Rep.
520B Success Avenue
Bridgeport, CT 06610

DocuSign Envelope ID: 2DF6C68E-673A-4EE5-A655-B1A78679205A

Internal Revenue Service
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


IP Media Products, LLC
c/o Agent for Service: Dean Moccia
128 Juniper Drive
Milford, CT 06460


IP Media Products, LLC
Attn: Pres. Off. Mgr. or Acct. Rep.
128 Juniper Drive
Milford, CT 06460


Jacqueline Green
20 Hillcrest Court
Bristol, CT 06010


Janet Kish, Heir and/or Beneficiary of
the Estate of Faye Kish
9904 Lake Drive
Brooksville, FL 34613


JC Penney
Attn: Pres. Off. Mgr. or Acct. Rep.
821 North Central Expressway
Plano, TX 75075


JD's Cafe I, Inc.
c/o Agent for Service: EJB Corporate
Services, LLC
921 Valley Road
Fairfield, CT 06824


John R. Bryk, Esq.
1000 Lafayette Boulevard, 7th Floor
Bridgeport, CT 06604


Jonathan J. Klein, Esq.
60 Lyon Terrace, 3D Floor
Bridgeport, CT 06604

DocuSign Envelope ID: 2DF6C68E-673A-4EE5-A655-B1A78670305A

JPMC Marriott Bonvoy-Cardmember Services
Attn: Pres. Off. Mgr. or Acct. Rep.
PO Box 6294
Carol Stream, IL 60197-6294


JRB Holding Co, LLC
c/o Agent for Service: James R. Barrett
965 Whippoorwill Lane
Stratford, CT 06615


JRB Holding Co., Inc.
Attn: Pres. Off. Mgr. or Acct. Rep.
80 Shoreline Drive
Stratford, CT 06615


Julia Kish, Heir and or Beneficiary of
the Estate of Faye Kish
1110 Chapel Street
Stratford, CT 06614


Karen L. Miller, Esq.
PO Box 1656
Fairfield, CT 06825


Kathleen M. Koether, Esq.
1599 Post Road East
Westport, CT 06880


Keepers, Inc.
Agent-EJB Corporate Services, LLC
921 Valley Road
Fairfield, CT 06824


Kenneth J. Krayeske Law Offices
Attn: Pres. Off. Mgr. or Acct. Rep.
255 Main Street, 5th Floor
Hartford, CT 06106


Lewis Kish, Heir and/or Beneficiary of
the Estate of Faye Kish
147 Perry Street
Fairfield, CT 06824

DocuSign Envelope ID: 2DF6C68F-673A-4EE5-A655-B1A78670205A

Lord & Taylor
Attn: Pres. Off. Mgr. or Acct. Rep.
424 5th Avenue
New York, NY 10018


Lowe's
Attn: Pres. Off. Mgr. or Acct. Rep.
1000 Loews Boulevard
Mooresville, NC 28117


Macy's
Attn: Pres. Off. Mgr. or Acct. Rep.
7 W. 7th Street
Cincinnati, OH 45202


Main Street Business Management, Inc.
c/o Agent for Service: EJB Corporate
Services, LLC
921 Valley Road
Fairfield, CT 06824


Mamie M. Colacurcio
59 Marsh Street
Easton, CT 06612


Manuel Moutinho
1137 Seaview Avenue
Bridgeport, CT 06607


Manuel Moutinho, as Trustee for Mark
IV Construction Co. Innc. 401K Plan
3 Main Street
Stratford, CT 06615


Marriot Bonvoy
Attn: Pres. Off. Mgr. or Acct. Rep.


Milestone
Attn: Pres. Off. Mgr. or Acct. Rep.
PO Box 84509
Columbus, GA 31908


Millionair Club Inc.
Attn: Pres. off. Mgr. or Acct. Rep.
33-A Light Street
Stratford, CT 06615

DocuSign Envelope ID: 2DF6668F-673A-4FE5-A655-B1A78679205A

Millionair Club Inc.
c/o Agent for Service: EJB Corporate
Services, LLC
1150 Post Road
Fairfield, CT 06825


Money Gram
Attn: Pres. Off. Mgr. or Acct. Rep.
2828 N. Harwood street, 15th Floor
Dallas, TX 75201


O'Connell, Attmore & Miller, LLC
Attn: Pres. Off. Mgr. or Acct. Rep.
280 Trumbull Street
Hartford, CT 06103


Ocwen
Attn: Pres. Off. Mgr. or Acct. Rep.
1661 Worthington Road
West Palm Beach, FL 33409


Oronoque 15, LLC
c/o Agent for Services: EJB Corporate
Services, LLC
1150 Psot Road
Fairfield, CT 06824


Oronoque 15. LLC
Attn: Pres. Off. Mgr. or Acct. Rep.
33-A Light Street
Stratford, CT 06615


Oul Law Boxing Kats Inc.
c/o: Agent for Service: EJB Corporate
Services, LLC
1150 Post Road
Fairfield, CT 06824


Out Law Boxing Kats Inc.
Attn: Pres. Off. Mgr. or Acct. Rep.
33-A Light Street
Stratford, CT 06615


Pellegrino Law Firm
Attn: Pres. Off. Mgr. or Acct. Rep.
475 Whitney Avenue
New Haven, CT 06511

DocuSign Envelope ID: 2DF6C68F-673A-4EE5-A655-B1A78670205A

PHH Mortgage Services
Attn: Pres. Off. Mgr. or Acct. Rep.
PO Box 5452
Mount Laurel, NJ 08054-5452


Pleasant Moments Cafe, Inc.
Attn: Pres. off. Mgr. or Acct. Rep.
33-A Light Street
Stratford, CT 06615


Portfolio Recovery Associates, LLC
Attn: Pres. Off. Mgr. or Acct. Rep.
120 Corporate Blvd. Suite 100
Norfolk, VA 23502


Red Buff Rita Inc.
c/o Agent for Service: EJB Corporate
Services, LLC
921 Valley Road
Fairfield, CT 06824


Red Buff Rita Inc.
Attn: Pres. Off. Mgr. or Acct. Rep.
1110 Chapel Street
Stratford, CT 06614


Red Buff Rita Inc.
c/o Agent for Service: EJB Corporate
Services, LLC
1150 Post Road
Fairfield, CT 06824


Red Rose, Inc. dba Pleasant Moments
35 Light Street
Stratford, CT 06615


Regensburger Enterprises Inc.
Attn: Pres. Off. Mgr. or Acct. Rep.
33-A Light Street
Stratford, CT 06615


Regensburger Enterprses, Inc.
c/o: Agent for Service: EJB Corporate
Services, LLC
1150 Post Road
Fairfield, CT 06824

DocuSign Envelope ID: 2DF6668F-673A-4EE5-A655-B1A78670205A

Richard Urban
33 Light Street
Stratford, CT 06615


Richard Urban
15 White Plains Road
Trumbull, CT 06611-1100


Richard Urban
94 Waldoboro Road
Jefferson, ME 04348


Richard Urban
184 Rockland Avenue
Stratford, CT 06614-4000


Robin Cummings
824 Saw Mill Road
West Haven, CT 06516


Robin Cummings
929 White Plains Road
Trumbull, CT 06611


Robin Cummings
1333 James Farm Road
Stratford, CT 06614


Roger K. Colacurcio
59 Marsh Street
Easton, CT 06612


Rose Tiso & Co, LLC
c/o Agent for Service: Parrett, Porto,
Parese & Colwell, P.C.
2318 Whitney Avenue
Hamden, CT 06518


Rose Tiso & Co, LLC
Attn: Pres. Off. mgr. or Acct. Rep.
48 Wildwood Ave.
Milford, CT 06460

DocuSign Envelope ID: 2DF6C68F-673A-4FE5-A655-B1A78670205A

Spinella & Associates
Attn: Pres. Off. Mgr. or Acct. Rep.
One Lewis Street
Hartford, CT 06103


State of CT Dept. of Revenue Services
Attn: Pres. Off. Mgr. or ACct. Rep.
450 Columbus Blvd.
Hartford, CT 06106


Success Inc.
c/o Agent for Service: EJP Corporate
Services
921 Valley Road
Fairfield, CT 06824


Sugeily Ortiz
5 Taft Street
Stratford, CT 06615


Tara Theodore
31 Cerretta Street
Stamford, CT 06907


Tborn Milestone
Attn: Pres. Off. Mgr. or Acct. Rep.
PO Box 84059
Columbus, GA 31908


Td Bank
Attn: Pres. Off. Mgr. or Acct. Rep.
1701 Route 70 East
Cherry Hill, NJ 08034


The Bank of New York FKA The Bank of NY
As Trustee (CWALT 2005-2017)
Attn: Pres. Off. Mgr or Acct. Rep.
4425 Ponce de Leon Boulevard
Miami, FL 33146


Thomas Theodore
31 Cerretta Street
Stamford, CT 06907

DocuSign Envelope ID: 2DF6C68E-673A-4EE5-A655-B1A7867B205A

```
Town of Stratford
Attn: Tax Collector's Office
2725 Main Street
Stratford, CT 06615


U.S. of America-Dept of Treasury
c/o Attorney General
950 Pennsylvania Avenue
Washington, DC 20530


U.S. of America-Dept. of Treasury
Attn: Pres. Off. Mgr. or Acct. Rep.
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220


US Bank Trust
Attn: Pres. Off. Mgr. or Acct. Rep.
16745 W Bernardo Drive, Suite 300
San Diego, CA 92127


Visa Marriott
Attn: Pres. Off. Mgr. or Acct. Rep.
10400 Fern Road
Bethesda, MD 20817


W.P.C.A. for the City of Bridgeport
c/o Juda J. Epstein, Esq.
3543 Main Street, Second Floor
Bridgeport, CT 06606


Yaritza Reyes
25 Center Street
Beacon, NY 12508


Yellow Rose, Inc. Successor by Merger to
CT Amusement Inc. fka Pay Phones Plus In
Attn: Pres. Off. Mgr. or Acct. Rep.
33-A Light Street
Stratford, CT 06615-8000


Zuleyma Bella Lopez
168 Kyles Way
Shelton, CT 06484
```