**Fill in this information to identify your case and this filing:**

Debtor 1  **Joseph D. Regensburger, III**
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)
First Name   Middle Name   Last Name

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number   **20-50868**

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2:**  **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it in *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

| 3.1 | Make: | **Harley Davidson** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Road King** | ■ Debtor 1 only | Current value of the entire property? | Current value of the portion you own? |
| | Year: | **2005** | ☐ Debtor 2 only | | |
| | Approximate mileage: | **4000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | | | ☐ Check if this is community property (see instructions) | **$5,410.00** | **$5,410.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................................=>**

| | |
|---|---|
| | **$5,410.00** |

**Part 3:**  **Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

Debtor 1   **Joseph D. Regensburger, III**                                    Case number *(if known)*   **20-50868**

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| **Various household goods and furnishings including electronics, clothing, hand tools, and lawn implements** | **$1,000.00** |

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ■ No
    ☐ Yes.  Describe.....

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ■ No
    ☐ Yes.  Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ■ No
    ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| **2 rifles and 4 pistols** | **$1,500.00** |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ■ No
    ☐ Yes.  Describe.....

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| **Wedding band** | **$200.00** |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................

| |
|---|
| **$2,700.00** |

---

**Part 4:**  **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?                          Current value of the
                                                                                                     portion you own?

Debtor 1    **Joseph D. Regensburger, III**

Case number *(if known)* **20-50868**

Do not deduct secured
claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
☑ Yes.................................................................................................................................

|  | Cash | $500.00 |
|---|---|---|

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
institutions. If you have multiple accounts with the same institution, list each.
☐ No
☑ Yes.......................    Institution name:

| 17.1. | **Checking** | **Webster Bank** | $1,207.78 |
|---|---|---|---|

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☑ No
☐ Yes..................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
joint venture**
☐ No
☑ Yes.  Give specific information about them....................
    Name of entity:    % of ownership:

|  | **EJB Corporate Services, LLC** | **100 Member** % | $0.00 |
|---|---|---|---|
|  | **SEE ALSO SUPPLEMENT** | % | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☑ No
☐ Yes. Give specific information about them
    Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☑ No
☐ Yes. List each account separately.
    Type of account:    Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☑ No
☐ Yes. .....................    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes.............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☑ No
☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

Official Form 106A/B    Schedule A/B: Property    page 3
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Joseph D. Regensburger, III** _____   Case number *(if known)*  **20-50868**

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   - ■ No
   - ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   - ■ No
   - ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   - ■ No
   - ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   - ■ No
   - ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   - ■ No
   - ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   - ☐ No
   - ■ Yes.  Give specific information..

| | |
|---|---|
| SEE ALSO SUPPLEMENT | $0.00 |
| Amounts owing from Cummings Enterprises, Inc. bankruptcy case confirmed plan - face value only given, collectability unknown | $15,000.00 |
| Amounts owing from Success Inc. bankruptcy case confirmed plan - face value only given, collectability unknown | $500.00 |
| Amount owing from 1 William St. Inc. bankruptcy confirmed plan - face value only given, collectability unknown | $500.00 |
| $150,000 owing for services rendered; face value only given value uncertain | $15,000.00 |

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   - ■ No
   - ☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1    **Joseph D. Regensburger, III**           Case number *(if known)*   **20-50868**

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☑ No
☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☑ No
☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☑ No
☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
☑ No
☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................**

|  |
|---|
| **$32,707.78** |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**
☑ No. Go to Part 6.
☐ Yes. Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
|  | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑ No. Go to Part 7.
☐ Yes. Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☑ No
☐ Yes. Give specific information.........

**54. Add the dollar value of all of your entries from Part 7. Write that number here .....................................**

|  |
|---|
| **$0.00** |

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | |
|---|---|---|
| **55.** | **Part 1: Total real estate, line 2** ...................................................................................................... | **$0.00** |
| **56.** | **Part 2: Total vehicles, line 5** | **$5,410.00** |
| **57.** | **Part 3: Total personal and household items, line 15** | **$2,700.00** |
| **58.** | **Part 4: Total financial assets, line 36** | **$32,707.78** |
| **59.** | **Part 5: Total business-related property, line 45** | **$0.00** |
| **60.** | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
| **61.** | **Part 7: Total other property not listed, line 54**   + | **$0.00** |
| **62.** | **Total personal property.** Add lines 56 through 61... | **$40,817.78**    Copy personal property total    **$40,817.78** |
| **63.** | **Total of all property on Schedule A/B.** Add line 55 + line 62 | **$40,817.78** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joseph D. Regensburger, III** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | **20-50868** |

■ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2005 Harley Davidson Road King 4000 miles**<br>Line from *Schedule A/B*: **3.1** | **$5,410.00** | ■ **$4,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| **2005 Harley Davidson Road King 4000 miles**<br>Line from *Schedule A/B*: **3.1** | **$5,410.00** | ■ **$1,410.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Various household goods and furnishings including electronics, clothing, hand tools, and lawn implements**<br>Line from *Schedule A/B*: **6.1** | **$1,000.00** | ■ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **2 rifles and 4 pistols**<br>Line from *Schedule A/B*: **10.1** | **$1,500.00** | ■ **$1,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Wedding band**<br>Line from *Schedule A/B*: **12.1** | **$200.00** | ■ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |

Debtor 1  **Joseph D. Regensburger, III**                                      Case number (if known)  **20-50868**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $500.00 | ■  $500.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Checking: Webster Bank**<br>Line from *Schedule A/B*: **17.1** | $1,207.78 | ■  $1,207.78<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Amounts owing from Cummings Enterprises, Inc. bankruptcy case confirmed plan - face value only given, collectability unknown**<br>Line from *Schedule A/B*: **30.2** | $15,000.00 | ■  $1,500.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Amounts owing from Success Inc. bankruptcy case confirmed plan - face value only given, collectability unknown**<br>Line from *Schedule A/B*: **30.3** | $500.00 | ■  $500.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Amount owing from 1 William St. Inc. bankruptcy confirmed plan - face value only given, collectability unknown**<br>Line from *Schedule A/B*: **30.4** | $500.00 | ■  $500.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **$150,000 owing for services rendered; face value only given value uncertain**<br>Line from *Schedule A/B*: **30.5** | $15,000.00 | ■  $6,782.22<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐  No
        ☐  Yes

| Fill in this information to identify your case: | |
| --- | --- |
| Debtor 1 | **Joseph D. Regensburger, III** |
| | First Name     Middle Name     Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | **20-50868** |

■ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _Joseph D. Regensburger III_ (signature)      X _____
Joseph D. Regensburger, III                     Signature of Debtor 2
Signature of Debtor 1

Date **February 5, 2021**                         Date _____

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Joseph D. Regensburger, III** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT | | |
| Case number | **20-50868** | | |
| (if known) | | | |

■ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy      4/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

■ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Joseph D. Regensburger, III**                                          Case number (*if known*)    **20-50868**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2019 ) | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 ) | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐  No
   ■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Social Security Benefits** | $10,192.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2019 ) | **Social Security Benefits** | $12,673.00 | | |
| | **Gambling winnings** | $4,999.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 ) | **Social Security Disability** | $14,274.00 | | |
| | **Gambling winnings** | $5,000.00 | | |

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ☐  No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
   ☐  No.    Go to line 7.
   ☐  Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

Debtor 1    **Joseph D. Regensburger, III**                                    Case number *(if known)*    **20-50868**

---

■ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ■ No.    Go to line 7.

    ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:**    Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **SEE SUPPLEMENT** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

---

Debtor 1    **Joseph D. Regensburger, III**                                   Case number *(if known)*   **20-50868**

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
   - ■ No
   - ☐ Yes. Fill in the details.

   | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
   |---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
   - ■ No
   - ☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
   - ■ No
   - ☐ Yes. Fill in the details for each gift.

   | Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
   |---|---|---|---|
   | **Person to Whom You Gave the Gift and Address:** | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
   - ■ No
   - ☐ Yes. Fill in the details for each gift or contribution.

   | Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
   |---|---|---|---|
   | **Charity's Name** **Address** (Number, Street, City, State and ZIP Code) | | | |

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
   - ■ No
   - ☐ Yes. Fill in the details.

   | Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
   |---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.
   - ☐ No
   - ■ Yes. Fill in the details.

   | Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
   |---|---|---|---|
   | **Charmoy & Charmoy**<br>**1700 Post Road, Suite C-9**<br>**Fairfield, CT 06824-5726**<br>**scottcharmoy@charmoy.com** | **$2975 costs and fees** | **2020** | **$0.00** |

Debtor 1  **Joseph D. Regensburger, III**                                    Case number *(if known)*  **20-50868**

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Evergreen Financial Consulting**<br>**P.O. Box 3801**<br>**Salem, OR 97302** | **$20 for credit counseling** | **9/20** | **$0.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Jadis, LLC**<br><br>**None** | **71-75 William Street, Bridgeport, CT - no equity. Law day on property ran 3 2 2020.** | **None** | **2/26/20** |
| **Gus Curcio Sr.**<br>**520B Success Avenue**<br>**Bridgeport, CT 06610** | **100% interest in 500 North Avenue, LLC - value unknown** | **$0** | **9/15/18** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| Debtor 1 | **Joseph D. Regensburger, III** | | Case number *(if known)* | **20-50868** |
|---|---|---|---|---|

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Citizens Bank**<br>**215 Cherry Street**<br>**Milford, CT 06460** | **XXXX-1817** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 8/2020 - $800 | $0.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**  **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ■ No
   ☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**  **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Debtor 1    **Joseph D. Regensburger, III**                                        Case number *(if known)*   **20-50868**

25. **Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you | Date of notice |
|---|---|---|---|
| **Address** (Number, Street, City, State and ZIP Code) | **Address** (Number, Street, City, State and ZIP Code) | know it | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| Case Title | Court or agency | Nature of the case | Status of the |
|---|---|---|---|
| Case Number | Name | | case |
| | **Address** (Number, Street, City, State and ZIP Code) | | |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☒ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☒ An officer, director, or managing executive of a corporation

☒ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

☒ Yes. Check all that apply above and fill in the details below for each business.

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| **Pawn Pro Inc.** 2012 Boston Avenue Bridgeport, CT 06610 | **Pawnshop** Kent Wahlberg | EIN: 46-0670789 From-To 2012-2019 |
| **Auto Sales & Service Inc.** 520B Success Avenue Stratford, CT 06615 | **Auto sale** Kent Wahlberg | EIN: 30-0826940 From-To 2012-present |
| **EJB Corporate Services, LLC** 921 Valley Road Fairfield, CT 06825 | **Agent for Service** Kent Wahlberg | EIN: 81-4274096 From-To 2004-present |
| **Long Brook Station, LLC** 520 B Success Ave Bridgeport, CT 06610 | **Real Estate** Kent Wahlberg | EIN: 46-5655938 From-To 2014-2019 |
| **500 North Ave., LLC** P.O. Box 524 Stratford, CT 06615 | **Real Estate** Kent Wahlberg | EIN: 26-1752137 From-To 2006-present (see supplement for Debtor's involvement) |
| **Keepers, Inc** 520 B Success Avenue Stratford, CT 06615 | **Gentlemen's club - SEE SUPPLEMENT RE: DEBTOR'S INVOLVEMENT** Kent Wahlberg | EIN: 06-1542742 From-To 1999-present |

| Debtor 1 | Joseph D. Regensburger, III | Case number (if known) | 20-50868 |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| G.A.M.K. Enterprises, LLC<br>P.O. Box 524<br>Stratford, CT 06615 | Refuse<br><br>Kent Wahlberg | EIN: 26-2639798<br>From-To 2008-17 |
| Side Step, Inc.<br>P.O. Box 524<br>Stratford, CT 06615 | Intended to be restaurant but<br>never operated<br><br>Kent Wahlberg | EIN: 26-4671982<br>From-To 2018-2019 |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |

Debtor 1    **Joseph D. Regensburger, III**                                     Case number *(if known)*    **20-50868**

---

**Part 12:**   **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____          _____
Joseph D. Regensburger, III                                          **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **February 5, 2021**                                  Date    _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Regensburger, Joseph   20-50828   SUPPLEMENT TO SCHEDULE A/B AND STATEMENT OF FINANCIAL AFFAIRS #9**

*Note - Regensburger Enterprises merged with 500 North Avenue, LLC in 2013, and relevant foreclosure complaints may reference the latter rather than the former

| Case Name | Docket Number | Case Type | Role (if any) | Related property (if applicable) | Amount of Debt | Mortgage Date, volume, page (if available and relevant) | Consideration | Status of bankruptcy or foreclosure | Notes/valuation |
|---|---|---|---|---|---|---|---|---|---|
| Cazenovia Creek Funding I, LLC v. Main Street Business Management, Inc. Et Al | FBT-CV18-6079046-S | Foreclosure | Debtor and defendants | 0 Hart Street (Hart Street rear), Bridgeport | Both $55,000 mortgages | Regensburger Enterprises: 2/1/2009 Vol. 8153, Page 171; Debtor 6/29/2010, Vol. 8353, Page 248 | Property management services | Law day set for 3/9/21 | Plaintiff judgment for $49,462; 1st mtg over $3.5m owing, foreclosure judgment determined property value as $270K, mortgages have no value |
| Moutinho, Manuel v. Main Street Business Management, Inc. Et Al | FBT-CV19-6088316-S | Foreclosure | Regensburger defendants | 0 Hart Street (Hart Street rear), Bridgeport | Both $55,000 mortgages | See above | Property management services | Foreclosure pending, no judgment entered | 1st mortgage over $3.5m owing, foreclosure judgment determined property value as $270K, mortgages have no value |
| Town of Stratford v. 500 North Avenue, LLC Et Al | FBT-CV19-6087165-S | Foreclosure | Debtor and 500 North Avenue, LLC (fka defendants | 795 James Farm Road, Lot 19 Peter's Lane, Stratford | Both $55,000 mortgages both | Debtor 4/1/2013 Vol. 3885, Page 33, RE Vol. 3885, Page 51 | Property management services | Foreclosure pending | RE: 795 James Farm Road - 1st mtg owed at least $479,791.64; foreclosure appraisal $495,000, Plaintiff owed at least $152,799 mortgages no value; same mortgage also on Lot 19 Peter's Lane; raw land; property value $203,070 per Town valuation, mortgages no value |
| Moutinho, Eric, Trustee for Baldwin Station LLC Profit Sharing Plan v. 1 William Street, Inc. Et Al | FBT-CV19-6092112-S | Foreclosure | Debtor (alleged as guarantor, but withdrawn), 500 North Avenue, LLC (fka Regensburger Enterprises) | 7 William Street (aka 1 William Street) Bridgeport | Both $55,000 mortgages | | Property management services | Foreclosure withdrawn 12/28/20, Plaintiff's assigned mortgage | |
| The Bank of New York Mellon FKA The Bank of New York v. Albuquerque, Alvaro Et Al | FBT-CV19-6086762-S | Foreclosure | Debtor, Regensburger Enterprises are Defendants | 3010 Huntington Road, Stratford | Debtor $55,000 and $75,000 mortgage | Debtor mortgages 3/3/14, Vol. 3770, Page 119; 6/16/14, Vol. 3794, Page 140; RE 7/26/07, Vol. 3885, Page 74 | Property management services | Judgment entered- foreclosure sale set for 1/25/20- status unknown | |
| Water Pollution Control Authority for The City of Bridgeport v. Ebay Wanted Inc. Et Al | FBT-CV18-6081253-S | Foreclosure | Debtor, Regensburger Enterprises are Defendants | 1794-1796 Barnum Avenue, Bridgeport | $55,000 mortgages both | | Property management services | Case pending but see below | Judgment entered 5/26/20 in UWY-CV10-6013996; law day passed 10/6/20 no value |
| UB Bank Trust, N.A, et al. vs. Theodore, Tara et al | FBT-CV14-6047133-S | Foreclosure | Debtor, Regensburger Enterprises are Defendants | 71-75 William Street, Bridgeport | $55,000 mortgages both | | Property management services | Law day passed 3/2/20 | mortgages are extinguished, no value |
| Horrocks, Crystal Et Al v. Keepers, Inc Et Al | NNH-CV15-6054684-S | Torts | Debtor is Defendant | 314 Bridgeport Avenue, Milford | Former president (not since at least 2012), but arbitration adjudicated Debtor as president), former 100% owner of Keepers, Inc (ownership transferred 4/14/15) | | Property management services | | |
| Manuel Moutinho, Trustee v. Seventeen Ninety Four Barnum Avenue, Inc., et al | UWY-CV10-6013998-S | Foreclosure | Debtor, Regensburger Enterprises are Defendants | 1794-1796 Barnum Avenue, Bridgeport; 3044 Main Street, Stratford, CT | $55,000 mortgages both | | Property management services | Judgment entered 5/26/20, law day passed 10/6/20 on 1794-1796 Barnum Avenue; 3044 Main Street see below | mortgages are extinguished, no value |
| Manuel Moutinho, Trustee for Mark IV Construction Co. vs. 500 North Avenue LLC, et al | UWY-CV11-6013990 | Foreclosure | Debtor, Regensburger Enterprises are Defendants | 314 Bridgeport Avenue, Milford | $55,000 mortgages both | | Property management services | Judgment of 12/3/19 set law day of 12/24/19, certificate of foreclosure filed 1/22/18 | Mortgages are extinguished, no value |

**Regensberger, Joseph    20-50628    SUPPLEMENT TO SCHEDULE A/B AND STATEMENT OF FINANCIAL AFFAIRS #9**

*Note - Regensburger Enterprises merged with 500 North Avenue, LLC in 2013, and relevant foreclosure complaints may reference the latter rather than the former*

| Case Name | Docket Number | Case Type | Role (if any) | Related property (if applicable) | Amount of Debt | Mortgage Date, volume, page (if available and relevant) | Consideration | Status of bankruptcy or foreclosure | Notes/Valuation |
|---|---|---|---|---|---|---|---|---|---|
| Moutinho, Trustee v. Five Hundred North Avenue, LLC | UWY-CV10-6013996-S | Foreclosure | RE is Defendant | 500/512 North Avenue, Bridgeport, Connecticut | $5,000 mortgage | | Property management services | Judgment entered 5/26/20, law day passed 10/6/20 | mortgages are extinguished, no value |
| City of Milford v. Recycling, Inc. | AAN-CV10-6002871-S | Foreclosure | RE is Defendant | 990 Naugatuck Avenue, Milford | $5,000 Mortgage | | Property management services | Pending, sale date set for 6/26/21 | Judgment of sale of 9/2/20 found value at $533,450, 1st mortgage balance approximately $2m, mortgage no value |
| Benchmark Municipal Tax Services, LTD v. Greenwood Manor, LLC | FBT-CV11-6021340-S | Foreclosure | Debtor and Regensburger Enterprises are Defendants | 0 Hart Street, Bridgeport | $5,000 Mortgages each | | Property management services | Pending | Mortgages no value, see above |
| Moutinho, Trustee vs. Two Thousand Sixty East Main Street, Inc. | UWY-CV11-6014002-S | Foreclosure | Debtor and Regensburger Enterprises are Defendants | 450 James Farm Road, Stratford (per Cummings schedules) | $5,000 Mortgages each | | Property management services | Pending but see right | Plaintiff filed certificate of foreclosure 11/28/16 in UWY-CV11-6013990 |
| MTAG Services, LLC as Custodian v. 500 North Avenue, LLC | FBT-CV13-6036155 | Foreclosure | Debtor and Regensburger Enterprises are Defendants | 500/512 North Avenue, Bridgeport, Connecticut | $5,000 Mortgages each | | Property management services | Satisfaction of judgment filed 1/12/21 | Judgement entered 5/26/20, law day passed 10/6/20 in '5990, mortgages are extinguished, no value, see above |
| Moutinho, Trustee v. D.A. Black, et al | 6014733-S | Foreclosure | Debtor and Regensburger Enterprises are Defendants | 314 Bridgeport Ave, Milford, CT | $5,000 Mortgages each | | Property management services | Pending, but no action since 12/5/19 | Certificate of foreclosure filed 1/22/18 in UWY CV11 6013990, law day passed 10/6/20, mortgages extinguished no value |
| Moutinho, Trustee vs. Dade Realty Company, et al | UWY-CV10-6013997-S | Foreclosure | Debtor and Regensburger Enterprises are Defendants | 1794-1796 Barnum Avenue, Bridgeport | $5,000 Mortgages each | | Property management services | Liens avoided; plan confirmed 10/27/14 10% over 72 months to unsecured claims | Judgment entered 5/26/20 in UWY-CV10-6013990, law day passed 10/6/20, mortgages extinguished no value |
| 1 William Street, Inc. | 12-51777 | Chapter 11 | Regensburger Enterprises, and Debtor listed as a secured creditors | 7 William Street (Aka 1 William Street) Bridgeport | $5,000 mortgages each | Debtor 6/29/10 Vol 8354 p 243; RE 2/1/001, Vol. 8116 p 159 | Property management services | Law day set for 7/6/20 | Robin Cummings died 2020, company inactive, unsecured claims unknown value |
| Cummings Enterprises, Inc. | 12-51557 | Bankruptcy | Regensburger Enterprises, and Debtor listed as a secured creditors | 450 James Farm Road, Stratford | $5,000 mortgages both | | Property management services | Plan confirmed 6/30/15, liens avoided per court order, 5% distribution to unsecured creditors | Robin Cummings died 2020, company inactive, unsecured claim unknown value |
| Cummings Enterprises, Inc. | 12-51557 | Bankruptcy | Regensburger Enterprises, and Debtor listed as a secured creditors | 80 Shoreline Drive, Stratford | $5,000 mortgages both | | Property management services | Plan confirmed 6/30/15, liens avoided per court order, 5% distribution to unsecured creditors | Robin Cummings died 2020, company inactive, unsecured claim unknown value |
| Cummings Enterprises, Inc. | 12-51557 | Bankruptcy | Regensburger Enterprises, and Debtor listed as a secured creditors | 63 Hastings Street, Bridgeport | $5,000 mortgages both | | Property management services | Plan confirmed 6/30/15, liens avoided per court order, 5% distribution to unsecured creditors | Robin Cummings died 2020, company inactive, unsecured claim unknown value |
| Cummings Enterprises, Inc. | 12-51557 | Bankruptcy | Regensburger Enterprises, and Debtor listed as a secured creditors | 824 Saw Mill Road, West Haven | $5,000 mortgages both | | Property management services | Plan confirmed 6/30/15, liens avoided per court order, 5% distribution to unsecured creditors | Robin Cummings died 2020, company inactive, unsecured claim unknown value |
| Cummings Enterprises, Inc. | 12-51557 | Bankruptcy | Regensburger Enterprises, and Debtor listed as a secured creditors | 900 Dogwood Drive 138, Del Ray Beach, FL | $5,000 mortgages both | | Property management services | Plan confirmed 6/30/15, liens avoided per court order, 5% distribution to unsecured creditors | Robin Cummings died 2020, company inactive, unsecured claim unknown value |
| Cummings Enterprises, Inc. | 12-51557 | Bankruptcy | Regensburger Enterprises, and Debtor listed as a secured creditors | 2012 Boston Avenue, Bridgeport | $5,000 mortgages both | | Property management services | Plan confirmed 6/30/15, liens avoided per court order, 5% distribution to unsecured creditors | Robin Cummings died 2020, company inactive, unsecured claim unknown value |

Regensberger, Joseph    20-50828    SUPPLEMENT TO SCHEDULE A/B AND STATEMENT OF FINANCIAL AFFAIRS #9
*Note - Regensburger Enterprises merged with 500 North Avenue, LLC in 2013, and relevant foreclosure complaints may reference the latter rather than the former

| Case Name | Docket Number | Case Type | Role (if any) | Related property (if applicable) | Amount of Debt | Mortgage Date, volume, page (if available and relevant) | Consideration | Status of bankruptcy or foreclosure | Notes/valuation |
|---|---|---|---|---|---|---|---|---|---|
| 500 North Ave LLC | 14-31094 | Bankruptcy | 100% member | | Regensburger Enterprises - $5,000 (mortgage), Joe $55,000 (mortgage), Joe $60,000 (consulting fees) | Plan confirmed 12/30/16 - 5% over 60 months to unsecured claims (liens avoided per court order 12/28/16) | | | |
| 500 North Ave LLC | 14-31094 | Bankruptcy | 100% member | 500/512 North Avenue, Bridgeport, Connecticut | Debtor had $5000 mortgage; membership interest transferred to Gus Curcio 9/15/18 | Dismissed 9/7/18 | | Judgment entered 5/26/20 in UWY-CV16-6013996; law day passed 10/6/20 | mortgages are extinguished, no value |
| 500 North Ave LLC | 14-31094 | Bankruptcy | 100% member | 1794-1798 Barnum Ave., Bridgeport, CT | Debtor had $5000 mortgage; membership interest transferred to Gus Curcio 9/15/18 | Dismissed 9/7/18 | | Judgment entered 5/26/20 in UWY-CV16-6013996; law day passed 10/6/20 | mortgages are extinguished, no value |
| 500 North Ave LLC | 14-31094 | Bankruptcy | 100% member | 10 Fifth Avenue, Stratford, CT | Debtor had $5000 mortgage; membership interest transferred to Gus Curcio 9/15/18 | Dismissed 9/7/18 | | Certificate of foreclosure filed 7/2/20 in UWY CV11 6013990 | mortgages are extinguished, no value |
| 500 North Ave LLC | 14-31094 | Bankruptcy | 100% member | 314 Bridgeport Ave, Milford, CT | Debtor had $5000 mortgage; membership interest transferred to Gus Curcio 9/15/18 | Dismissed 9/7/18 | | Certificate of foreclosure filed 1/22/18 in UWY CV11 6013990 | mortgages are extinguished, no value |
| 500 North Ave LLC | 14-31094 | Bankruptcy | 100% member | 2060-2068 East Main Street, Bridgeport, CT | Debtor had $5000 mortgage; membership interest transferred to Gus Curcio 9/15/18 | Dismissed 9/7/18 | | Certificate of foreclosure filed 7/14/15 in UWY CV11 6013990 | mortgages are extinguished, no value; unsecured claims dependent on existence of mortgage, no value |
| 500 North Ave LLC | 14-31094 | Bankruptcy | 100% member | 28 York St., Bridgeport, CT | Debtor had $5000 mortgage; membership interest transferred | Dismissed 9/7/18 | | Certificate of foreclosure filed 7/14/15 in UWY CV11 6013990 | mortgages are extinguished, no value; unsecured claim no value |
| 500 North Ave LLC | 14-31094 | Bankruptcy | 100% member | 795 James Farm Road, Stratford, CT | Debtor had $5000 mortgage; membership interest transferred to Gus Curcio 9/15/18 | Dismissed 9/7/18 | | | 1st mtg original principal balance $479,793.64; foreclosure appraisal $495,000. Plaintiff owed at least $252,799, mortgages no value |
| 500 North Ave LLC | 14-31094 | Bankruptcy | 100% member | Peter's Lane, Lot 19, Stratford, CT | Debtor and RE had $5000 mortgages each; membership interest transferred to Gus Curcio 9/15/18 | Dismissed 9/7/18 | | Tax foreclosure pending; see above | 1st mtg owed at least $479,793.64; Plaintiff owed at least $252,799, property value $503,070 per Town valuation, mortgages no value |
| Jack Dempsey's Inc. | 15-50555 | Bankruptcy | RE and Debtor listed as a secured creditor, Debtor listed as unsecured for consulting fees | 170 Oronoque Lane, Stratford (consulting fees) | | | | Debtor out of business for at least two years; bar closed down and gutted | mortgages avoided, no value; unsecured claim no value |

Regensberger, Joseph   20-50828   SUPPLEMENT TO SCHEDULE A/B AND STATEMENT OF FINANCIAL AFFAIRS #9

*Note - Regensburger Enterprises merged with 500 North Avenue, LLC in 2013, and relevant foreclosure complaints may reference the latter rather than the former

| Case Name | Docket Number | Case Type | Role (if any) | Related property (if applicable) | Amount of Debt | Mortgage Date, volume, page (if available and relevant) | Consideration | Status of bankruptcy or foreclosure | Notes/Valuation |
|---|---|---|---|---|---|---|---|---|---|
| Recycling Inc. | 16-30010 | Bankruptcy | Debtor listed as a secured creditor and unsecured creditor | 183 Livington Place, #9, Bridgeport; | $1,500 (mortgage) and $200,000 (consulting fees) | | | Case dismissed 9/29/17; Judgment entered 4/4/18, law day passed 6/12/18 in case Nationstar Mortgage vs. Mulcahey, FBT-CV11-6021029 | Company inactive and insolvent, mortgage and unsecured claim no value |
| Success Inc. | 16-50884 | Bankruptcy | Debtor listed as a secured creditor and co-debtor | 520 Success Avenue, Bridgeport; 1335 James Farm Road, Stratford | $5,000 mortgage each property | | | Liens avoided, plan confirmed 9/8/17 - 5% on unsecured claims over 60 months | mortgages avoided, no value; unsecured claim unknown value |
| Starter Homes, LLC | 14-31037 | Bankruptcy | Debtor listed as an unsecured creditor | | $80,000 consulting fees | | | Dismissed 5/29/15; Debtor out of business 1/18 | unsecured claim no value |
| Main Street Business Management, Inc. | 15-51439 | Bankruptcy | Debtor listed as a secured creditor and unsecured creditor | 0 Hart Street, Bridgeport | $5,000 mortgage, $150,000 consulting fees | 6/29/2010, Vol. 8353, Page 246 | | Dismissed 6/19/17 | See above re: mortgage; unsecured claim unknown value |
| Long Brook Station | 14-31095 | Bankruptcy | 100% member, listed as a secured and unsecured creditor | 3044 Main Street, Stratford | $5,000 mortgage; $80,000 consulting fees | | | Dismissed 9/7/18; Property sold free and clear of liens per court order dated 1/31/18, $225K balance on sale paid to Debtor and expended; company out of business | Mortgage and unsecured claim no value |
| GAMK Holdings | 15-50625 | Bankruptcy | Debtor 50% member | | | | | Dismissed 3/15/17; Company out of business and dissolved 11/7/17; no assets | No value |
| 1794-1796 LLC | 19-21130 | Bankruptcy | Debtor listed as secured creditor | 1794-1796 Barnum Avenue, Bridgeport | $5,000 mortgage (see above) | | Services | Dismissed 4/20/20; Judgment entered 5/26/20 in UWY-CV10-6013996; law day passed 10/6/20 | mortgages are extinguished, no value |