**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | ) | No. 20-50868 |
| Joseph D. Regensburger, III | ) | Chapter 7 |
| Debtor | ) | August 18, 2021 |

## MOTION TO WITHDRAW APPEARANCE

Counsel for the Debtor in the above matter respectfully moves the Court to withdraw his appearance for the Debtor, Joseph D. Regensburger, III. The Debtor has been ordered to submit to a 2004 examination. Debtor's retainer agreement with counsel for this case, as further described in counsel's Disclosure of Compensation filed in this matter, does not include representation in 2004 examinations. Debtor will not be retaining undersigned counsel for said examination, rendering further representation in this matter unreasonably difficult, and/or will result in an unreasonable financial burden on the undersigned counsel.

The Debtor is hereby advised, pursuant to District Court Local Rule 7, that failure to either engage successor counsel or file a pro se appearance will result in the granting of the motion to withdraw and may result in a dismissal or default being entered against the Debtor.

**CHARMOY & CHARMOY**

BY:    /s/ Scott M. Charmoy
Scott M. Charmoy, Esq.    CT15889
Charmoy & Charmoy
1465 Post Road East, Suite 100
Westport, CT  06880
(203) 255-8100
scottcharmoy@charmoy.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | ) | No. 20-50868 |
| Joseph D. Regensburger, III | ) | Chapter 7 |
| Debtor | ) | |

### ORDER ON MOTION TO WITHDRAW APPEARANCE

The foregoing Motion to Withdraw Appearance by Scott M. Charmoy, counsel for the Debtor, is hereby **GRANTED**.