Rec'd on 8-31-2021 @ 9:33 am.
at U.S.B.C. in Bpt. JR

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: | ) No. 20-50868 |
| JOSEPH D. REGENSBURGER, III | ) Chapter 7 |
| Debtor | ) August 30, 2021 |

### OBJECTION OF JOSEPH D. REGENSBURGER III TO MOTION OF SCOTT CHARMOY TO WITHDRAW

I, Joseph D. Regensburger III, the debtor in this Chapter 7 case, object to the motion of my attorney, Scott Charmoy, to withdraw as my attorney in this case.

Attorney Charmoy was hired to represent me for a flat fee in this Chapter 7. I understand that the case has become more complex and time consuming than he might have originally anticipated and that he may feel that the agreed upon fee is not sufficient. But because the case has become so complex, and I don't understand bankruptcy law and procedures, it is impossible for me to represent myself, and for the same reason, I have been unable to find another attorney who is willing to jump in at this stage of the case to represent me. If Attorney Charmoy is allowed to withdraw from representing me, I will be left with the choice of having to withdraw the case or allow it to be dismissed because I will be in over my head and I will not know what I am supposed to file or how to respond properly to things that need to be addressed.

I also object on the grounds that it appears that this motion has been prejudged. Attached to the copy of the motion I received was an unsigned order granting the motion. This leaves me thinking that I will not get a fair hearing on this motion.

*Joseph D. Regensburger III*
Joseph D. Regensburger III
921 Valley Road
Fairfield, CT 06825
(203) 666-9321
josephjdr3@aol.com

## CERTIFICATE OF SERVICE

I certify that on August 30, 2021, a copy of the above objection was filed and served to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

*Joseph D. Regensburger III*
Joseph D. Regensburger III
921 Valley Road
Fairfield, CT 06825
(203) 666-9321
josephjdr3@aol.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | No. 20-50868 |
| Joseph D. Regensburger, III | ) | Chapter 7 |
| Debtor | ) | |

### ORDER ON MOTION TO WITHDRAW APPEARANCE

The foregoing Motion to Withdraw Appearance by Scott M. Charmoy, counsel for the Debtor, is hereby **GRANTED**.

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
August 18, 2021

In re:
Joseph D. Regensburger III
Debtor*

Case Number: 20-50868
Chapter: 7

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held remotely using the ZoomGov platform pursuant to the Court's General Order #4 Regarding Court Operations under the Exigent Circumstances Created by COVID-19, and is scheduled in the above captioned case to be held on **September 7, 2021** at **10:00 AM** to consider and act upon the following matter(s):

> **Motion to Withdraw as Attorney Filed by Scott M. Charmoy on behalf of Joseph D. Regensburger III, Debtor. (Re: Doc #87)**

**OBJECTION(S) DUE:** August 31, 2021 before 4:00 p.m. Untimely objections may not be considered.

**TO THE FILING PARTY:** If you or your attorney fail to participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

**See below for ZoomGov Connection Instructions to participate via video and/or telephonically.**